**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LUCKIN COFFEE INC. SECURITIES LITIGATION | Case No. 1:20-cv-01293-JPC |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Proposed Intervenors Winslow Funds[1] hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order denying the Winslow Funds' Motion to Intervene entered and filed on July 6, 2021 (ECF No. 303) and the Stipulation and Order Regarding Dissemination of Class Notice entered and filed on July 6, 2021 (ECF No. 304).

Dated: July 7, 2021
New York, New York

**ROLNICK KRAMER SADIGHI LLP**

By: *_/s/ Frank T.M. Catalina_*

Lawrence M. Rolnick
Frank T.M. Catalina
1251 Avenue of the Americas
New York, New York 10020
Tel. 212.597.2848
lrolnick@rksllp.com
fcatalina@rksllp.com

*Attorneys for the Winslow Funds*

[1] The "Winslow Funds" are: Nuveen Winslow Large-Cap Growth ESG Fund, Nuveen Winslow Socially Aware U.S. Large-Cap Growth Fund, Winslow Large-Cap Growth Fund, MainStay Winslow Large Cap Growth Fund, MainStay VP Winslow Large Cap Growth Portfolio, St. John's University, I.B.E.W. Local Union 481 Defined Contribution Plan and Trust, St. Mary's University, Justin Kelly Revocable Trust, Justin and Susan Kelly Family, LLC, The Justin and Susan Kelly Foundation, Justin Kelly, individually and as representative for the Justin Kelly Revocable Trust, and American Medical Association.

APPEAL,ECF,LEAD

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:20−cv−01293−JPC

In re Luckin Coffee Inc. Securities Litigation
Assigned to: Judge John P. Cronan
Related Cases: 1:21−cv−02020−JPC
1:21−cv−00484−JPC
1:20−cv−02977−JPC
1:20−cv−07029−JPC
1:20−cv−03304−JPC
Cause: 15:78j(b)ss Stockholder Suit

Date Filed: 02/13/2020
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Lead Plaintiff**

**Sjunde AP−Fonden** represented by

**Gerald H. Silk**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
212 554 1282
Fax: 212−554−1444
Email: jerry@blbglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory M. Castaldo**
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087
(610) 667−7706
Fax: (610) 667−7056
Email: gcastaldo@ktmc.com
*ATTORNEY TO BE NOTICED*

**Jai Kamal Chandrasekhar**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212)−554−1484
Fax: (212)−554−1444
Email: jai@blbglaw.com
*ATTORNEY TO BE NOTICED*

**John James Rizio−Hamilton**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554−1505
Fax: (212)−554−1444
Email: johnr@blbglaw.com
*ATTORNEY TO BE NOTICED*

**Kate Whitman Aufses**
Hughes Hubbard & Reed LLP (NY)
One Battery Park Plaza
New York, NY 10004
(212)−836−6632
Email: kate.aufses@blbglaw.com
*ATTORNEY TO BE NOTICED*

**Lisa M. Port**
Kessler Topaz Meltzer Check, LLP
280 King of Prussia Rd.
Radnor, PA 19087
610−822−0260
Email: llambport@ktmc.com
*ATTORNEY TO BE NOTICED*

**Mark Franek**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
610−667−7706
Email: mfranek@ktmc.com
*ATTORNEY TO BE NOTICED*

**Nathan Hasiuk**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610)−667−7706
Email: nhasiuk@ktmc.com
*ATTORNEY TO BE NOTICED*

**Richard A Russo , Jr**
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087
610 667 7706
Fax: 610 667 7056
Email: rrusso@ktmc.com
*ATTORNEY TO BE NOTICED*

**Salvatore Jo Graziano**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
212−554−1400
Fax: 212−554−1444
Email: sgraziano@blbglaw.com
*ATTORNEY TO BE NOTICED*

**Sharan Nirmul**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610)−667−7706
Fax: (610)−667−7056
Email: snirmul@ktmc.com
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Louisiana Sheriffs Pension & Relief Fund** represented by

**Gerald H. Silk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory M. Castaldo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jai Kamal Chandrasekhar**

(See above for address)
*ATTORNEY TO BE NOTICED*

**John James Rizio−Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kate Whitman Aufses**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa M. Port**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Franek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan Hasiuk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A Russo , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Salvatore Jo Graziano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharan Nirmul**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Cohen**
*Individually and On Behalf of All Others Similarly Situated*

represented by

**Joseph Alexander Hood , II**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
(212)−661−1100
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212)−661−1100
Fax: (212)−661−8665
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shek Chun Wai**

represented by

**Long Z Liu**
Liu Law, Inc.
123 E. Valley Blvd., Suite 207
San Gabriel, CA 91776
626−927−9009
Email: office@theliulawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Christophe Sterckx** | represented by | **Philip Dongjoon Kim**<br>Clifford Chance US, LLP (NYC)<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 878−3167<br>Fax: (212) 878−8375<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Vijaya Gopu** | represented by | **Vijaya Gopu**<br>PRO SE<br><br>**Kim Elaine Miller**<br>Kahn Swick & Foti, LLC<br>250 Park Avenue<br>Suite 2040<br>New York, NY 10177<br>212−696−3732<br>Fax: 504−455−1498<br>Email: kim.miller@ksfcounsel.com<br>*TERMINATED: 07/17/2020*<br>*LEAD ATTORNEY* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Nirmala Gopu** | represented by | **Nirmala Gopu**<br>PRO SE<br><br>**Kim Elaine Miller**<br>(See above for address)<br>*TERMINATED: 07/17/2020*<br>*LEAD ATTORNEY* |

V.

**Movant**

| | | |
|---|---|---|
| **Luckin Investor Group** | represented by | **Luckin Investor Group**<br>PRO SE<br><br>**Javier Bleichmar**<br>Bleichmar Fonti & Auld LLP<br>7 Times Square, 27th fl<br>New York, NY 10036<br>212−789−1340<br>Fax: 212−205−3961<br>Email: jbleichmar@bfalaw.com<br>*TERMINATED: 10/27/2020*<br>*LEAD ATTORNEY* |

**Movant**

| | | |
|---|---|---|
| **Michael Bergenholtz** | represented by | **Alan Ross Arkin**<br>Cohen Tauber Spievack & Wagner PC<br>420 Lexington Avenue<br>Suite 2400<br>New York, NY 10170<br>212−259−7314<br>Email: aarkin@ctswlaw.com<br>*LEAD ATTORNEY* |

**Brian E Cochran**
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West Broadway
Suite 1900
San Diego, CA 92101
(619)−231−1058
Fax: (619)−231−7423
Email: bcochran@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Xin Huang** represented by **Shannon Lee Hopkins**
Levi & Korsinsky, LLP
1111 Summer Street
Suite 403
Stamford, CT 06905
203−992−4523
Email: shopkins@zlk.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Chunwei Zuo** represented by **Shannon Lee Hopkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Majid Hajizadeh Bashy** represented by **Shannon Lee Hopkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Amrik Hira** represented by **Frederic Scott Fox , Sr**
Kaplan Fox & Kilsheimer LLP (NYC)
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687−1980
Fax: (212) 687−7714
Email: ffox@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Mike Farhat** represented by **Richard William Gonnello**
Faruqi & Faruqi, LLP
685 Third Avenue, 26th fl.
New York, Ny 10017
(212)−983−9330
Fax: (212)−983−9331
Email: rgonnello@faruqilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**HAPNEY Investment Management LLC** represented by **Gregory Bradley Linkh**
Glancy Prongay & Murray LLP
230 Park Avenue
Suite 358
New York, NY 10169

212−682−5340
Email: glinkh@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Mohsen Sajjadieh** represented by **Gregory Bradley Linkh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Marc Nehorayan** represented by **Gregory Bradley Linkh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Willem Develter** represented by **Gregory Bradley Linkh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Boston Retirement System** represented by **Leslie A. Blau**
Blau & Malmfeldt
566 West Adams Street
Suite 600
Chicago, IL 60661−3632
312−443−1600
Email: blaulaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Leonard Ross** represented by **Leonard Ross**
PRO SE

**Laurence Jesse Hasson**
Bernstein Liebhard, LLP
10 East 40th Street
New York, NY 10016
(212)−779−1414
Fax: (212)−779−3218
Email: lhasson@bernlieb.com
*TERMINATED: 11/06/2020*
*LEAD ATTORNEY*

**Movant**

**Fulton County Employees' Retirement System** represented by **Fulton County Employees' Retirement System**
PRO SE

**Steven B. Singer**
Saxena White P.A.
10 Bank Street 8th Floor
White Plains, NY 10606
914−437−8551
Fax: 888−631−3611
Email: ssinger@saxenawhite.com
*TERMINATED: 06/19/2020*

**Movant**

**Wei Zuo** represented by **Jeffrey Craig Block**
Block & Leviton LLP
155 Federal Street, Suite 1303

New York, NY 10013
(617)−398−5600
Fax: (617)−507−6020
Email: jeff@blockesq.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Jimmy Chan** represented by **Jeffrey Simon Abraham**
Abraham, Fruchter & Twersky, LLP
450 Seventh Avenue
38th Floor
New York, NY 10123
212−279−5050
Email: jabraham@aftlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Satyanarayana Kanchanapalli** represented by **Satyanarayana Kanchanapalli**
PRO SE

**Jason Allen Zweig**
Keller Lenkner LLC
150 N. Riverside Plaza
Suite 4270
Chicago, IL 60606
312−216−8667
Email: jaz@kellerlenkner.com
*TERMINATED: 06/16/2020*

**Movant**

**Teamsters Local 710 Pension Fund** represented by **Brian E Cochran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Avi Rosenfeld**
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
631−367−7100
Fax: 631−367−1173
Email: drosenfeld@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Chaile Steinberg** represented by **Elizabeth S Metcalf**
Safirstein Metcalf LLP
1345 Avenue of the Americas
2nd Floor
New York, NY 10105
212−201−2855
Fax: 212−201−2858
Email: emetcalf@safirsteinmetcalf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**John Hickey** represented by **Jeremy Alan Lieberman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip C. Kim**
The Rosen Law Firm
275 Madison Avenue
40th Floor
New York, NY 10016
212−686−1060
Fax: 212−202−3827
Email: pkim@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Regent Mercantile Holdings Limited** represented by **Jeremy Alan Lieberman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip C. Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**James Sproul** represented by **Jeremy Alan Lieberman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip C. Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Li Tutang** represented by **Jeremy Alan Lieberman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip C. Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Khaled Abdullah Almdamegh** represented by **Jeremy Alan Lieberman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip C. Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Chesi Assets Limited Group** represented by **Christopher J. Keller**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907−0853
Fax: (212) 883−7053
Email: ckeller@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis Paul McConville**
Labaton & Sucharow LLP (NYC)
140 Broadway, 34th Floor
New York, NY 10005
212−907−0650
Fax: 212−818−0477
Email: fmcconville@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Winslow Funds** represented by **Brandon Michael Fierro**
Rolnick Kramer Sadighi LLP
1251 Avenue of the Americas FL 18
New York, NY 10020
212−597−2815
Email: bfierro@rksllp.com
*ATTORNEY TO BE NOTICED*

**Frank Thomas More Catalina**
Rolnick Kramer Sadighi LLP
1251 Avenue of the Americas
New York, NY 10020
212−597−2800
Email: fcatalina@rksllp.com
*ATTORNEY TO BE NOTICED*

**Richard A Bodnar**
Rolnick Kramer Sadighi LLP
1251 Avenue of the Americas FL 18
New York, NY 10020
212−597−2810
Email: rbodnar@rksllp.com
*ATTORNEY TO BE NOTICED*

**Movant**

**City of Fort Myers' Police Officers' Retirement System** represented by **Brian E Cochran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Kimson Chemical, Inc.** represented by **Brian E Cochran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Kingstown Capital Management, L.P.** represented by **Sigmund Samuel Wissner−Gross**
Brown Rudnick LLP (NYC)
Seven Times Square
New York, NY 10036
212−209−4930
Fax: 212−938−2804
Email: swissnergross@brownrudnick.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Kingstown Partners Master Ltd.** represented by **Sigmund Samuel Wissner−Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Kingstown Partners II L.P.** represented by **Sigmund Samuel Wissner−Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Ktown LP** represented by **Sigmund Samuel Wissner−Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Kingfishers, LP** represented by **Sigmund Samuel Wissner−Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Kingstown 1740 Fund LP** represented by **Sigmund Samuel Wissner−Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Luckin Coffee Inc.** represented by **Brian Stryker Weinstein**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212) 450−4972
Fax: (212) 450−3972
Email: brian.weinstein@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Jay Portnoy**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212) 450−4000
Fax: (212) 450−3874
Email: lawrence.portnoy@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K Chang**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212)−450−4323
Fax: (212)−450−3323
Email: jonathan.chang@dpw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jenny Zhiya Qian**

**Defendant**

**Reinout Hendrik Schakel**

**Defendant**

**Sean Shao**

**Defendant**

**Thomas P. Meier** represented by **Jason Jacob Mendro**
Gibson, Dunn & Crutcher LLP (DC)
1050 Connecticut Ave NW
Washington, DC 20036
(202) 887−3726
Email: jmendro@gibsondunn.com
*LEAD ATTORNEY*

V.

**Consolidated Defendant**

**Charles Zhengyao Lu**

**Consolidated Defendant**

**Jian Liu**

**Consolidated Defendant**

**Erhai Liu**

**Consolidated Defendant**

**Jinyi Guo**

**Consolidated Defendant**

**Credit Suisse Securities (USA) LLC** represented by **Adam Shawn Mintz**
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212−701−3981
Email: amintz@cahill.com
*ATTORNEY TO BE NOTICED*

**David George Januszewski**
Cahill Gordon & Reindel LLP
32 Old Slip
10005
New York, NY 10005
212−701−3352
Email: djanuszewski@cahill.com
*ATTORNEY TO BE NOTICED*

**Herbert Scott Washer**
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212−701−3435
Email: hwasher@cahill.com
*ATTORNEY TO BE NOTICED*

**Samuel Giffin Mann**
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212−701−3000
Email: smann@cahill.com
*ATTORNEY TO BE NOTICED*

**Sheila Chithran Ramesh**
Cahill Gordon & Reindel LLP
32 Old Slip

New York, NY 10005
212−701−3833
Email: sramesh@cahill.com
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Morgan Stanley & Co. LLC** represented by **Adam Shawn Mintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David George Januszewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Herbert Scott Washer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Giffin Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sheila Chithran Ramesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**China International Capital Corporation Hong Kong Securities Limited** represented by **Adam Shawn Mintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David George Januszewski**
Cahill Gordon & Reindel LLP
Cahill Gordon & Reindel LLP
32 Old Slip
10005
New York, NY 10005
212−701−3352
Email: djanuszewski@cahill.com
*ATTORNEY TO BE NOTICED*

**Herbert Scott Washer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Giffin Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sheila Chithran Ramesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Haitong International Securities Company Limited** represented by **Adam Shawn Mintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David George Januszewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Herbert Scott Washer**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Giffin Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sheila Chithran Ramesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Consolidated Defendant</u>**

**KeyBanc Capital Markets Inc** represented by **Adam Shawn Mintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David George Januszewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Herbert Scott Washer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Giffin Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sheila Chithran Ramesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Consolidated Defendant</u>**

**Needham & Company, LLC** represented by **Adam Shawn Mintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David George Januszewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Herbert Scott Washer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Giffin Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sheila Chithran Ramesh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Consolidated Defendant</u>**

**Hui Li**

**<u>ADR Provider</u>**

**Alexander Lawson**

**<u>ADR Provider</u>**

**Wing Sze Tiffany Wong**

**ADR Provider**

**Lai Ye**

**Interested Party**

**Lai Ye** represented by **Angus Ni**
AFN Law PLLC
506 2nd Ave
Suite 1400
Seattle, WA 98104
646−543−7294
Email: angus@afnlegal.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2020 | 1 | COMPLAINT against Luckin Coffee Inc., Jenny Zhiya Qian, Reinout Hendrik Schakel. (Filing Fee $ 400.00, Receipt Number ANYSDC−18796023)Document filed by Martin Cohen. (Attachments: # 1 Certification, # 2 Schedule A).(Lieberman, Jeremy) (Entered: 02/13/2020) |
| 02/13/2020 | 2 | CIVIL COVER SHEET filed..(Lieberman, Jeremy) (Entered: 02/13/2020) |
| 02/13/2020 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL, re: 1 Complaint. Document filed by Martin Cohen..(Lieberman, Jeremy) (Entered: 02/13/2020) |
| 02/13/2020 | 4 | NOTICE OF APPEARANCE by Joseph Alexander Hood, II on behalf of Martin Cohen..(Hood, Joseph) (Entered: 02/13/2020) |
| 02/13/2020 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Martin Cohen..(Hood, Joseph) (Entered: 02/13/2020) |
| 02/14/2020 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Lewis J. Liman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pne) (Entered: 02/14/2020) |
| 02/14/2020 | | Magistrate Judge James L. Cott is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pne) (Entered: 02/14/2020) |
| 02/14/2020 | | Case Designated ECF. (pne) (Entered: 02/14/2020) |
| 02/14/2020 | 6 | ELECTRONIC SUMMONS ISSUED as to Luckin Coffee Inc., Jenny Zhiya Qian, Reinout Hendrik Schakel..(pne) (Entered: 02/14/2020) |
| 02/14/2020 | 7 | ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS: It is hereby ORDERED that no later than March 10, 2020, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice. SO ORDERED. (Signed by Judge Lewis J. Liman on 2/14/2020) (va) (Entered: 02/14/2020) |
| 03/10/2020 | 8 | RESPONSE re: 7 Order, . Document filed by Martin Cohen. (Attachments: # 1 Exhibit A − PSLRA Notice).(Hood, Joseph) (Entered: 03/10/2020) |
| 03/11/2020 | 9 | ORDER: Plaintiff's counsel notified the Court that the required notice was published on February 13, 2020. (Dkt. No. 8.) Members of the purported class therefore have until April 13, 2020 to move the Court to serve as lead plaintiffs. It is further ORDERED that opposition to any motion for appointment of lead plaintiff shall be |

| | | |
|---|---|---|
| | | served and filed by May 13, 2020. Finally, it is hereby ORDERED that a conference shall be held on June 2, 2020 at 11:00 a.m. in Courtroom 15C of the of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation, as further set forth in this order. It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants. (Motions due by 4/13/2020. Responses due by 5/13/2020. Motion Hearing set for 6/2/2020 at 11:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman.) (Signed by Judge Lewis J. Liman on 3/11/2020) (jwh) (Entered: 03/11/2020) |
| 04/13/2020 | 10 | MOTION to Appoint Wai Chun Shek to serve as lead plaintiff(s) ., MOTION to Consolidate Cases 1:20−cv−01677−KAM−VMS; 1:20−cv−02977 ., MOTION to Appoint Counsel . Document filed by Shek Chun Wai..(Liu, Long) (Entered: 04/13/2020) |
| 04/13/2020 | 11 | MEMORANDUM OF LAW in Support re: 10 MOTION to Appoint Wai Chun Shek to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01677−KAM−VMS; 1:20−cv−02977 . MOTION to Appoint Counsel . . Document filed by Shek Chun Wai..(Liu, Long) (Entered: 04/13/2020) |
| 04/13/2020 | 12 | DECLARATION of Long Z. Liu in Support re: 10 MOTION to Appoint Wai Chun Shek to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01677−KAM−VMS; 1:20−cv−02977 . MOTION to Appoint Counsel .. Document filed by Shek Chun Wai..(Liu, Long) (Entered: 04/13/2020) |
| 04/13/2020 | | Pro Hac Vice Fee Payment: for 10 MOTION to Appoint Wai Chun Shek to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01677−KAM−VMS; 1:20−cv−02977 . MOTION to Appoint Counsel .. Filing fee $ 200.00, receipt number ANYSDC−19419370..(Liu, Long) (Entered: 04/13/2020) |
| 04/13/2020 | 13 | MOTION for Long Z. Liu to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Shek Chun Wai. (Attachments: # 1 Affidavit Declaration of Long Z. Liu in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of the Clerk of the Supreme Court of the State of California).(Liu, Long) (Entered: 04/13/2020) |
| 04/13/2020 | 14 | MOTION for Abraham S. Odabachian to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−19419469. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Shek Chun Wai. (Attachments: # 1 Affidavit Declaration of Abraham S. Odabachian in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of the Clerk of the Supreme Court of the State of California, # 3 Text of Proposed Order [Proposed] Order Admitting Abraham S. Odabachian Pro Hac Vice).(Liu, Long) (Entered: 04/13/2020) |
| 04/13/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 14 MOTION for Abraham S. Odabachian to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−19419469. Motion and supporting papers to be reviewed by Clerk's Office staff., 13 MOTION for Long Z. Liu to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 04/13/2020) |
| 04/13/2020 | 15 | MOTION to Appoint Luckin Investor Group to serve as lead plaintiff(s) ., MOTION to Consolidate Cases 1:20−cv−01293, 1:20−cv−02977 ., MOTION to Appoint Counsel *Kehoe Law Firm, P.C.*. Document filed by Luckin Investor Group. (Attachments: # 1 Text of Proposed Order).(Bleichmar, Javier) (Entered: 04/13/2020) |
| 04/13/2020 | 16 | MEMORANDUM OF LAW in Support re: 15 MOTION to Appoint Luckin Investor Group to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01293, 1:20−cv−02977 . MOTION to Appoint Counsel *Kehoe Law Firm, P.C.*. . Document filed by Luckin Investor Group..(Bleichmar, Javier) (Entered: 04/13/2020) |
| 04/13/2020 | 17 | DECLARATION of Javier Bleichmar in Support re: 15 MOTION to Appoint Luckin Investor Group to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01293, 1:20−cv−02977 . MOTION to Appoint Counsel *Kehoe Law Firm, P.C.*.. Document filed by Luckin Investor Group. (Attachments: # 1 Exhibit A − |

| | | |
|---|---|---|
| | | PSLRA certifications of Daniel L. Miremont and Kevin P. Conway, # 2 Exhibit B − Notice of pendency of Cohen v. Luckin Coffee, Inc., # 3 Exhibit C − Notice of pendency of Sterckx v. Luckin Coffee, Inc., # 4 Exhibit D − Notice of pendency of Gopu v. Luckin Coffee Inc., # 5 Exhibit E − Chart reflecting financial interest of Daniel L. Miremont and Kevin P. Conway, # 6 Exhibit F − Joint Declaration of Daniel L. Miremont and Kevin P. Conway, # 7 Exhibit G − Firm Resume of Kehoe Law Firm, P.C., # 8 Exhibit H − Firm Resume of BFA).(Bleichmar, Javier) (Entered: 04/13/2020) |
| 04/13/2020 | 18 | MOTION to Appoint Michael Bergenholtz to serve as lead plaintiff(s) ., MOTION to Consolidate Cases 1:20−cv−02977 *and motion approving Movants selection of Berger Montague PC (Berger Montague) as Lead Counsel for the Class*. Document filed by Michael Bergenholtz..(Arkin, Alan) (Entered: 04/13/2020) |
| 04/13/2020 | 19 | DECLARATION of Alan Arkin in Support re: 18 MOTION to Appoint Michael Bergenholtz to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−02977 *and motion approving Movants selection of Berger Montague PC (Berger Montague) as Lead Counsel for the Class*.. Document filed by Michael Bergenholtz. (Attachments: # 1 Certification of Michael Bergenholtz, # 2 Notice of Pendency, # 3 Loss Analysis, # 4 Berger Montague Firm Bio, # 5 CTSW Firm Bio).(Arkin, Alan) (Entered: 04/13/2020) |
| 04/13/2020 | 20 | MEMORANDUM OF LAW in Support re: 18 MOTION to Appoint Michael Bergenholtz to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−02977 *and motion approving Movants selection of Berger Montague PC (Berger Montague) as Lead Counsel for the Class*. . Document filed by Michael Bergenholtz..(Arkin, Alan) (Entered: 04/13/2020) |
| 04/13/2020 | 21 | PROPOSED ORDER. Document filed by Michael Bergenholtz. Related Document Number: 18 ..(Arkin, Alan) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/13/2020) |
| 04/13/2020 | 22 | MOTION to Consolidate Cases 1:20−cv−01293 and 1:20−cv−02977 ., MOTION to Appoint Xin Huang. Chunwei Zuo, and Majid Hajizadeh Bashy (the "Luckin Investor Group') to serve as lead plaintiff(s) ., MOTION to Appoint Counsel *Levi & Korsinsky, LLP*. Document filed by Xin Huang, Chunwei Zuo, Majid Hajizadeh Bashy. (Attachments: # 1 Text of Proposed Order).(Hopkins, Shannon) (Entered: 04/13/2020) |
| 04/13/2020 | 23 | MEMORANDUM OF LAW in Support re: 22 MOTION to Consolidate Cases 1:20−cv−01293 and 1:20−cv−02977 . MOTION to Appoint Xin Huang. Chunwei Zuo, and Majid Hajizadeh Bashy (the "Luckin Investor Group') to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Levi & Korsinsky, LLP*. . Document filed by Majid Hajizadeh Bashy, Xin Huang, Chunwei Zuo..(Hopkins, Shannon) (Entered: 04/13/2020) |
| 04/13/2020 | 24 | DECLARATION of Shannon L. Hopkins in Support re: 22 MOTION to Consolidate Cases 1:20−cv−01293 and 1:20−cv−02977 . MOTION to Appoint Xin Huang. Chunwei Zuo, and Majid Hajizadeh Bashy (the "Luckin Investor Group') to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Levi & Korsinsky, LLP*.. Document filed by Majid Hajizadeh Bashy, Xin Huang, Chunwei Zuo. (Attachments: # 1 Exhibit PSLRA Certifications, # 2 Exhibit Loss Charts, # 3 Exhibit PSLRA Notice, # 4 Exhibit LK Resume, # 5 Exhibit Joint Declaration).(Hopkins, Shannon) (Entered: 04/13/2020) |
| 04/13/2020 | 25 | MOTION to Appoint Amrik Hira to serve as lead plaintiff(s) *,consolidating related actions, approving Mr. Hiras selection of Kaplan Fox & Kilsheimer LLP to serve as Lead Counsel for the class, and for any such further relief as the Court may deem just and proper*.. Document filed by Amrik Hira. (Attachments: # 1 Text of Proposed Order).(Fox, Frederic) (Entered: 04/13/2020) |
| 04/13/2020 | 26 | MEMORANDUM OF LAW in Support re: 25 MOTION to Appoint Amrik Hira to serve as lead plaintiff(s) *,consolidating related actions, approving Mr. Hiras selection of Kaplan Fox & Kilsheimer LLP to serve as Lead Counsel for the class, and for any such further relief as the Court may deem j . Document filed by Amrik Hira..(Fox, Frederic) (Entered: 04/13/2020)* |

| | | |
|---|---|---|
| 04/13/2020 | 27 | DECLARATION of Frederic S. Fox in Support re: 25 MOTION to Appoint Amrik Hira to serve as lead plaintiff(s) *,consolidating related actions, approving Mr. Hiras selection of Kaplan Fox & Kilsheimer LLP to serve as Lead Counsel for the class, and for any such further relief as the Court may deem j. Document filed by Amrik Hira. (Attachments: # 1 Exhibit A − Notice of filing of first case, # 2 Exhibit B − HIRA Cert, # 3 Exhibit C − HIRA Loss Exhibit, # 4 Exhibit D − Kaplan Fox Firm Resume).(Fox, Frederic) (Entered: 04/13/2020)* |
| 04/13/2020 | 28 | MOTION to Appoint Mike Farhat to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Mike Farhat..(Gonnello, Richard) (Entered: 04/13/2020) |
| 04/13/2020 | 29 | MEMORANDUM OF LAW in Support re: 28 MOTION to Appoint Mike Farhat to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Mike Farhat..(Gonnello, Richard) (Entered: 04/13/2020) |
| 04/13/2020 | 30 | DECLARATION of Richard W. Gonnello in Support re: 28 MOTION to Appoint Mike Farhat to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Mike Farhat. (Attachments: # 1 Exhibit A − Notice of Pendency of Class Action, # 2 Exhibit B − PSLRA Certification of Farhat, # 3 Exhibit C − Chart of Farhat's Losses, # 4 Exhibit D − Firm Resume of Faruqi & Faruqi, LLP).(Gonnello, Richard) (Entered: 04/13/2020) |
| 04/13/2020 | 31 | PROPOSED ORDER. Document filed by Mike Farhat. Related Document Number: 28 ..(Gonnello, Richard) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/13/2020) |
| 04/13/2020 | 32 | MOTION to Appoint Counsel ., MOTION to Appoint HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, and Willem Develter to serve as lead plaintiff(s) ., MOTION to Consolidate Cases 1:20−cv−01293−LJL and 1:20−cv−02977−NRB . Document filed by HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, Willem Develter. (Attachments: # 1 Text of Proposed Order).(Linkh, Gregory) (Entered: 04/13/2020) |
| 04/13/2020 | 33 | MEMORANDUM OF LAW in Support re: 32 MOTION to Appoint Counsel . MOTION to Appoint HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, and Willem Develter to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01293−LJL and 1:20−cv−02977−NRB . . Document filed by Willem Develter, HAPNEY Investment Management LLC, Marc Nehorayan, Mohsen Sajjadieh..(Linkh, Gregory) (Entered: 04/13/2020) |
| 04/13/2020 | 34 | MOTION to Add Applicant(s) Boston Retirement System ., MOTION to Appoint Boston Retirement System to serve as lead plaintiff(s) ., MOTION to Appoint Counsel ., MOTION to Consolidate Cases 20−cv−1293 and 20−cv−02977 . Document filed by Boston Retirement System. (Attachments: # 1 Text of Proposed Order).(Blau, Leslie) (Entered: 04/13/2020) |
| 04/13/2020 | 35 | MEMORANDUM OF LAW in Support re: 34 MOTION to Add Applicant(s) Boston Retirement System . MOTION to Appoint Boston Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 20−cv−1293 and 20−cv−02977 . . Document filed by Boston Retirement System..(Blau, Leslie) (Entered: 04/13/2020) |
| 04/13/2020 | 36 | DECLARATION of Gregory B. Linkh in Support re: 32 MOTION to Appoint Counsel . MOTION to Appoint HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, and Willem Develter to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01293−LJL and 1:20−cv−02977−NRB .. Document filed by Willem Develter, HAPNEY Investment Management LLC, Marc Nehorayan, Mohsen Sajjadieh. (Attachments: # 1 Exhibit A− Press Release, # 2 Exhibit B − Press Release, # 3 Exhibit C − Certifications, # 4 Exhibit D − Loss Chart, # 5 Exhibit E − Firm Resume).(Linkh, Gregory) (Entered: 04/13/2020) |
| 04/13/2020 | 37 | DECLARATION of Kimberly Donaldson−Smith in Support re: 34 MOTION to Add Applicant(s) Boston Retirement System . MOTION to Appoint Boston Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 20−cv−1293 and 20−cv−02977 .. Document filed by Boston Retirement System. (Attachments: # 1 PSLRA Notice, # 2 PSLRA Notice, # 3 PSLRA Certification, # 4 Loss Chart, # 5 Chimicles Firm Resume).(Blau, Leslie) (Entered: 04/13/2020) |

| | | |
|---|---|---|
| 04/13/2020 | 38 | MOTION to Appoint Leonard Ross to serve as lead plaintiff(s) ., MOTION to Appoint Counsel ., MOTION to Consolidate Cases 1:20−cv−02977 . Document filed by Leonard Ross. (Attachments: # 1 Text of Proposed Order).(Hasson, Laurence) (Entered: 04/13/2020) |
| 04/13/2020 | 39 | MEMORANDUM OF LAW in Support re: 38 MOTION to Appoint Leonard Ross to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20−cv−02977 . . Document filed by Leonard Ross..(Hasson, Laurence) (Entered: 04/13/2020) |
| 04/13/2020 | 40 | DECLARATION of Laurence J. Hasson in Support re: 38 MOTION to Appoint Leonard Ross to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20−cv−02977 .. Document filed by Leonard Ross. (Attachments: # 1 Exhibit A (Notice), # 2 Exhibit B (PSLRA Cert), # 3 Exhibit C (Loss Chart), # 4 Exhibit D (Firm Resume)).(Hasson, Laurence) (Entered: 04/13/2020) |
| 04/13/2020 | 41 | MOTION to Consolidate Cases 1:20−cv−02977 ., MOTION to Appoint Fulton County Employees' Retirement System to serve as lead plaintiff(s) ., MOTION to Approve Counsel . Document filed by Fulton County Employees' Retirement System..(Singer, Steven) (Entered: 04/13/2020) |
| 04/13/2020 | 42 | PROPOSED ORDER. Document filed by Fulton County Employees' Retirement System. Related Document Number: 41 ..(Singer, Steven) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/13/2020) |
| 04/13/2020 | 43 | MOTION to Appoint Wei Zuo to serve as lead plaintiff(s) ., MOTION to Consolidate Cases 20−cv−1293, 20−cv−2977 ., MOTION to Appoint Counsel . Document filed by Wei Zuo. (Attachments: # 1 Text of Proposed Order).(Block, Jeffrey) (Entered: 04/13/2020) |
| 04/13/2020 | 44 | MOTION to Consolidate Cases 1:20−cv−02977 , *1:20−cv−01293*., MOTION to Appoint JIMMY CHAN to serve as lead plaintiff(s) . Document filed by Jimmy Chan. (Attachments: # 1 Text of Proposed Order).(Abraham, Jeffrey) (Entered: 04/13/2020) |
| 04/13/2020 | 45 | MEMORANDUM OF LAW in Support re: 41 MOTION to Consolidate Cases 1:20−cv−02977 . MOTION to Appoint Fulton County Employees' Retirement System to serve as lead plaintiff(s) . MOTION to Approve Counsel . . Document filed by Fulton County Employees' Retirement System..(Singer, Steven) (Entered: 04/13/2020) |
| 04/13/2020 | 46 | MEMORANDUM OF LAW in Support re: 43 MOTION to Appoint Wei Zuo to serve as lead plaintiff(s) . MOTION to Consolidate Cases 20−cv−1293, 20−cv−2977 . MOTION to Appoint Counsel . . Document filed by Wei Zuo..(Block, Jeffrey) (Entered: 04/13/2020) |
| 04/13/2020 | 47 | MEMORANDUM OF LAW in Support re: 44 MOTION to Consolidate Cases 1:20−cv−02977 , *1:20−cv−01293*. MOTION to Appoint JIMMY CHAN to serve as lead plaintiff(s) . . Document filed by Jimmy Chan..(Abraham, Jeffrey) (Entered: 04/13/2020) |
| 04/13/2020 | 48 | MOTION to Appoint Satyanarayana Kanchanapalli to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Satyanarayana Kanchanapalli. (Attachments: # 1 Text of Proposed Order).(Zweig, Jason) (Entered: 04/13/2020) |
| 04/13/2020 | 49 | NOTICE OF APPEARANCE by David Avi Rosenfeld on behalf of Teamsters Local 710 Pension Fund..(Rosenfeld, David) (Entered: 04/13/2020) |
| 04/13/2020 | 50 | DECLARATION of Steven B. Singer in Support re: 41 MOTION to Consolidate Cases 1:20−cv−02977 . MOTION to Appoint Fulton County Employees' Retirement System to serve as lead plaintiff(s) . MOTION to Approve Counsel .. Document filed by Fulton County Employees' Retirement System. (Attachments: # 1 Exhibit A − PSLRA Notice, # 2 Exhibit B − PSLRA Notice, # 3 Exhibit C − Certification, # 4 Exhibit D − Loss Chart, # 5 Exhibit E − Saxena White Firm Biography).(Singer, Steven) (Entered: 04/13/2020) |
| 04/13/2020 | 51 | MOTION to Appoint Teamsters Local 710 Pension Fund to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Teamsters Local 710 Pension Fund..(Rosenfeld, David) (Entered: 04/13/2020) |

| | | |
|---|---|---|
| 04/13/2020 | 52 | MEMORANDUM OF LAW in Support re: 48 MOTION to Appoint Satyanarayana Kanchanapalli to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Satyanarayana Kanchanapalli..(Zweig, Jason) (Entered: 04/13/2020) |
| 04/13/2020 | 53 | DECLARATION of Jeffrey C. Block in Support re: 43 MOTION to Appoint Wei Zuo to serve as lead plaintiff(s) . MOTION to Consolidate Cases 20−cv−1293, 20−cv−2977 . MOTION to Appoint Counsel .. Document filed by Wei Zuo. (Attachments: # 1 Exhibit Press Release, # 2 Exhibit Press Release, # 3 Exhibit Press Release, # 4 Exhibit Declaration of Wei Zuo, # 5 Exhibit PSLRA Certification, # 6 Exhibit Loss Chart, # 7 Exhibit Block & Leviton LLP Firm CV).(Block, Jeffrey) (Entered: 04/13/2020) |
| 04/13/2020 | 54 | MEMORANDUM OF LAW in Support re: 51 MOTION to Appoint Teamsters Local 710 Pension Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Teamsters Local 710 Pension Fund..(Rosenfeld, David) (Entered: 04/13/2020) |
| 04/13/2020 | 55 | DECLARATION of Jeffrey S. Abraham in Support re: 44 MOTION to Consolidate Cases 1:20−cv−02977 , *1:20−cv−01293*. MOTION to Appoint JIMMY CHAN to serve as lead plaintiff(s) .. Document filed by Jimmy Chan. (Attachments: # 1 Exhibit Notice, # 2 Exhibit Jimmy Chan Certification, # 3 Exhibit Gopus Certification, # 4 Exhibit Firm Resume).(Abraham, Jeffrey) (Entered: 04/13/2020) |
| 04/13/2020 | 56 | DECLARATION of David A. Rosenfeld in Support re: 51 MOTION to Appoint Teamsters Local 710 Pension Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Teamsters Local 710 Pension Fund. (Attachments: # 1 Exhibit A − Cohen Notice, # 2 Exhibit B − Sterckx Notice, # 3 Exhibit C − Certification, # 4 Exhibit D − Estimate of losses).(Rosenfeld, David) (Entered: 04/13/2020) |
| 04/13/2020 | 57 | PROPOSED ORDER. Document filed by Teamsters Local 710 Pension Fund. Related Document Number: 51 ..(Rosenfeld, David) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/13/2020) |
| 04/13/2020 | 58 | MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) ., MOTION to Appoint Counsel ., MOTION to Consolidate Cases 1:20−cv−01293; 1:20−cv−02977 . Document filed by Chaile Steinberg. Return Date set for 6/2/2020 at 11:00 AM. (Attachments: # 1 Exhibit Proposed Order).(Metcalf, Elizabeth) (Entered: 04/13/2020) |
| 04/13/2020 | 59 | DECLARATION of Lucas E. Gilmore in Support re: 48 MOTION to Appoint Satyanarayana Kanchanapalli to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Satyanarayana Kanchanapalli. (Attachments: # 1 Exhibit A − Notice of Pendency, # 2 Exhibit B − Movant's Certification, # 3 Exhibit C − Loss Chart, # 4 Exhibit D − Firm Resume).(Zweig, Jason) (Entered: 04/13/2020) |
| 04/13/2020 | 60 | MEMORANDUM OF LAW in Support re: 58 MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20−cv−01293; 1:20−cv−02977 . . Document filed by Chaile Steinberg..(Metcalf, Elizabeth) (Entered: 04/13/2020) |
| 04/13/2020 | 61 | MOTION to Appoint Sjunde AP−Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) . Document filed by Sjunde AP−Fonden, Louisiana Sheriffs Pension & Relief Fund..(Silk, Gerald) (Entered: 04/13/2020) |
| 04/13/2020 | 62 | DECLARATION of Elizabeth Metcalf in Support re: 58 MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20−cv−01293; 1:20−cv−02977 .. Document filed by Chaile Steinberg. (Attachments: # 1 Exhibit A Notice, # 2 Exhibit B Certification, # 3 Exhibit C Loss Chart, # 4 Exhibit D Resume).(Metcalf, Elizabeth) (Entered: 04/13/2020) |
| 04/13/2020 | 63 | MEMORANDUM OF LAW in Support re: 61 MOTION to Appoint Sjunde AP−Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) . . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Silk, Gerald) (Entered: 04/13/2020) |
| 04/13/2020 | 64 | MOTION to Consolidate Cases 20−cv−02977 ., MOTION to Appoint John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, and Khaled Abdullah |

| | | |
|---|---|---|
| | | Almdamegh to serve as lead plaintiff(s) ., MOTION to Approve Counsel . Document filed by John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, Khaled Abdullah Almdamegh..(Lieberman, Jeremy) (Entered: 04/13/2020) |
| 04/13/2020 | 65 | PROPOSED ORDER. Document filed by Khaled Abdullah Almdamegh, John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang. Related Document Number: 64 ..(Lieberman, Jeremy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/13/2020) |
| 04/13/2020 | 66 | MEMORANDUM OF LAW in Support re: 64 MOTION to Consolidate Cases 20−cv−02977 . MOTION to Appoint John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, and Khaled Abdullah Almdamegh to serve as lead plaintiff(s) . MOTION to Approve Counsel . . Document filed by Khaled Abdullah Almdamegh, John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang. (Attachments: # 1 Exhibit 1 − Assignment, # 2 Exhibit 2 − Press Release, # 3 Exhibit 3 − Certifications, # 4 Exhibit 4 − Loss Chart, # 5 Exhibit 5 − Joint Declaration, # 6 Exhibit 6 − Pomerantz Resume, # 7 Exhibit 7 − Rosen resume).(Lieberman, Jeremy) (Entered: 04/13/2020) |
| 04/13/2020 | 67 | DECLARATION of Gerald H. Silk in Support re: 61 MOTION to Appoint Sjunde AP−Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) .. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Exhibit A − Certifications, # 2 Exhibit B − Loss Charts, # 3 Exhibit C − Cohen Notice, # 4 Exhibit D − Sterckx Notice, # 5 Exhibit E − Gopu CP Notice, # 6 Exhibit F − PSLRA Expanded CP Notices, # 7 Exhibit G − Joint Declaration, # 8 Exhibit H − Kessler Topaz Resume, # 9 Exhibit I − Bernstein Litowitz Resume).(Silk, Gerald) (Entered: 04/13/2020) |
| 04/13/2020 | 68 | PROPOSED ORDER. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. Related Document Number: [ECF No. 61]..(Silk, Gerald) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/13/2020) |
| 04/13/2020 | 69 | MOTION to Consolidate Cases 20−2977 ., MOTION to Appoint ., MOTION to Appoint Counsel . Document filed by Chesi Assets Limited Group..(McConville, Francis) (Entered: 04/13/2020) |
| 04/14/2020 | 70 | MEMORANDUM OF LAW in Support re: 69 MOTION to Consolidate Cases 20−2977 . MOTION to Appoint . MOTION to Appoint Counsel . . Document filed by Chesi Assets Limited Group..(McConville, Francis) (Entered: 04/14/2020) |
| 04/14/2020 | 71 | DECLARATION of Francis P. McConville in Support re: 69 MOTION to Consolidate Cases 20−2977 . MOTION to Appoint . MOTION to Appoint Counsel .. Document filed by Chesi Assets Limited Group. (Attachments: # 1 Exhibit A − Certifications, # 2 Exhibit B − Loss Analysis, # 3 Exhibit C − Notice Cohen Action, # 4 Exhibit D − Notice Sterckx Action, # 5 Exhibit E − Labaton Sucharow Firm Resume).(McConville, Francis) (Entered: 04/14/2020) |
| 04/14/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 21 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 04/14/2020) |
| 04/14/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 31 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 04/14/2020) |
| 04/14/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 42 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 04/14/2020) |
| 04/14/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 57 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 04/14/2020) |
| 04/14/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 65 Proposed Order, was reviewed and approved as to form. (dt)** (Entered: 04/14/2020) |
| 04/14/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 68 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 04/14/2020) |
| 04/14/2020 | 72 | PROPOSED ORDER. Document filed by Chesi Assets Limited Group. Related Document Number: [Dkt 69]..(McConville, Francis) **Proposed Order to be reviewed** |

| | | |
|---|---|---|
| | | **by Clerk's Office staff.** (Entered: 04/14/2020) |
| 04/14/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 72 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 04/14/2020) |
| 04/15/2020 | 73 | LETTER addressed to Judge Lewis J. Liman from Gerald H. Silk dated April 15, 2020 re: Letter submitted to Judge Kiyo A. Matsumoto in related actions. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Letter to Judge Matsumoto, dated April 15, 2020).(Silk, Gerald) (Entered: 04/15/2020) |
| 04/20/2020 | 74 | NOTICE of Non−Opposition to Competing Lead Plaintiff Motions. Document filed by Mike Farhat..(Gonnello, Richard) (Entered: 04/20/2020) |
| 04/21/2020 | 75 | NOTICE OF APPEARANCE by Christopher J. Keller on behalf of Chesi Assets Limited Group..(Keller, Christopher) (Entered: 04/21/2020) |
| 04/21/2020 | 76 | DECLARATION of Christopher J. Keller in Support re: 69 MOTION to Consolidate Cases 20−2977 . MOTION to Appoint . MOTION to Appoint Counsel .. Document filed by Chesi Assets Limited Group. (Attachments: # 1 Exhibit A − Chesi Declaration, # 2 Exhibit B − Amended Certification, # 3 Exhibit C − Amended Loss Analysis, # 4 Exhibit D − Interactive Declaration).(Keller, Christopher) (Entered: 04/21/2020) |
| 04/22/2020 | 77 | NOTICE of Withdrawal of Lead Plaintiff Motion re: 43 MOTION to Appoint Wei Zuo to serve as lead plaintiff(s) . MOTION to Consolidate Cases 20−cv−1293, 20−cv−2977 . MOTION to Appoint Counsel .. Document filed by Wei Zuo..(Block, Jeffrey) (Entered: 04/22/2020) |
| 04/22/2020 | 78 | NOTICE of Withdrawal of Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel re: 18 MOTION to Appoint Michael Bergenholtz to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−02977 *and motion approving Movants selection of Berger Montague PC (Berger Montague) as Lead Counsel for the Class*.. Document filed by Michael Bergenholtz..(Arkin, Alan) (Entered: 04/22/2020) |
| 04/24/2020 | 79 | NOTICE OF APPEARANCE by Lawrence Jay Portnoy on behalf of Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 04/24/2020) |
| 04/24/2020 | 80 | NOTICE OF APPEARANCE by Brian Stryker Weinstein on behalf of Luckin Coffee Inc...(Weinstein, Brian) (Entered: 04/24/2020) |
| 04/24/2020 | 81 | NOTICE OF APPEARANCE by Jonathan K Chang on behalf of Luckin Coffee Inc...(Chang, Jonathan) (Entered: 04/24/2020) |
| 04/24/2020 | 82 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 04/24/2020) |
| 04/24/2020 | 83 | PROPOSED STIPULATION AND ORDER. Document filed by Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 04/24/2020) |
| 04/24/2020 | 84 | NOTICE of Non−Opposition to Competing Motions for Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel. Document filed by Satyanarayana Kanchanapalli..(Zweig, Jason) (Entered: 04/24/2020) |
| 04/24/2020 | 85 | STIPULATION AND ORDER REGARDING SERVICE AND TIME TO ANSWER OR OTHERWISE PLEAD: IT IS HEREBY STIPULATED AND AGREED among the undersigned Parties, subject to the Court's approval, as follows: Counsel for Luckin hereby accepts service of Plaintiff's summons and complaint on behalf of Luckin, without waiver of any available defenses (other than improper service). Luckin and all other defendants named in this Action shall not be required to answer or otherwise respond to the complaint in this Action. Within fourteen days following entry of an order by the Court resolving the Lead Plaintiff Motions and the Consolidation Motions (or the later of the two if they are not resolved on the same date), Lead Plaintiff's Counsel and counsel for Luckin shall confer and submit a proposed schedule for the filing of a consolidated amended complaint and Luckin's response thereto. This Stipulation may be executed in counterparts, and copies thereof furnished by facsimile or in electronic format shall be deemed originals for all purposes. SO ORDERED. (Signed by Judge Lewis J. Liman on 4/24/2020) (rro) (Entered: 04/24/2020) |

| | | |
|---|---|---|
| 04/27/2020 | 86 | NOTICE of Withdrawal of Motion of Jimmy Chan for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel re: 44 MOTION to Consolidate Cases 1:20−cv−02977 , *1:20−cv−01293*. MOTION to Appoint JIMMY CHAN to serve as lead plaintiff(s) .. Document filed by Jimmy Chan..(Abraham, Jeffrey) (Entered: 04/27/2020) |
| 04/27/2020 | 87 | NOTICE of Withdrawal of Motion re: 32 MOTION to Appoint Counsel . MOTION to Appoint HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, and Willem Develter to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01293−LJL and 1:20−cv−02977−NRB .. Document filed by Willem Develter, HAPNEY Investment Management LLC, Marc Nehorayan, Mohsen Sajjadieh..(Linkh, Gregory) (Entered: 04/27/2020) |
| 04/27/2020 | 88 | NOTICE of of Non−Opposition to Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel. Document filed by Luckin Investor Group..(Hopkins, Shannon) (Entered: 04/27/2020) |
| 05/12/2020 | 89 | NOTICE of Withdrawal of Motion re: 34 MOTION to Add Applicant(s) Boston Retirement System . MOTION to Appoint Boston Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 20−cv−1293 and 20−cv−02977 .. Document filed by Boston Retirement System..(Blau, Leslie) (Entered: 05/12/2020) |
| 05/12/2020 | 90 | NOTICE of MOVANT AMRIK HIRAS NON−OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF. Document filed by Amrik Hira..(Fox, Frederic) (Entered: 05/12/2020) |
| 05/13/2020 | 91 | NOTICE of Non−Opposition to Competing Lead Plaintiff Motions. Document filed by Luckin Investor Group..(Bleichmar, Javier) (Entered: 05/13/2020) |
| 05/13/2020 | 92 | NOTICE of Withdrawal of Motion re: 41 MOTION to Consolidate Cases 1:20−cv−02977 . MOTION to Appoint Fulton County Employees' Retirement System to serve as lead plaintiff(s) . MOTION to Approve Counsel .. Document filed by Fulton County Employees' Retirement System..(Singer, Steven) (Entered: 05/13/2020) |
| 05/13/2020 | 93 | RESPONSE in Support of Motion re: 64 MOTION to Consolidate Cases 20−cv−02977 . MOTION to Appoint John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, and Khaled Abdullah Almdamegh to serve as lead plaintiff(s) . MOTION to Approve Counsel . . Document filed by Khaled Abdullah Almdamegh, John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang. (Attachments: # 1 Affidavit Declaration of Jeremy A. Lieberman, # 2 Exhibit A − Joint Declaration).(Lieberman, Jeremy) (Entered: 05/13/2020) |
| 05/13/2020 | 94 | NOTICE of Non−Opposition to the Competing Motions. Document filed by Leonard Ross..(Hasson, Laurence) (Entered: 05/13/2020) |
| 05/13/2020 | 95 | MEMORANDUM OF LAW in Opposition re: 32 MOTION to Appoint Counsel . MOTION to Appoint HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, and Willem Develter to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01293−LJL and 1:20−cv−02977−NRB ., 28 MOTION to Appoint Mike Farhat to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 48 MOTION to Appoint Satyanarayana Kanchanapalli to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 25 MOTION to Appoint Amrik Hira to serve as lead plaintiff(s) ,*consolidating related actions, approving Mr. Hiras selection of Kaplan Fox & Kilsheimer LLP to serve as Lead Counsel for the class, and for any such further relief as the Court may deem j, 34 MOTION to Add Applicant(s) Boston Retirement System . MOTION to Appoint Boston Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 20−cv−1293 and 20−cv−02977 ., 58 MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20−cv−01293; 1:20−cv−02977 ., 15 MOTION to Appoint Luckin Investor Group to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01293, 1:20−cv−02977 . MOTION to Appoint Counsel Kehoe Law Firm, P.C.., 61 MOTION to Appoint Sjunde AP−Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) ., 41 MOTION to Consolidate Cases 1:20−cv−02977 . MOTION to Appoint Fulton County Employees' Retirement System to serve as lead plaintiff(s) . MOTION to Approve Counsel ., 18 MOTION to Appoint Michael Bergenholtz to serve as lead* |

| | | |
|---|---|---|
| | | *plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−02977 and motion approving Movants selection of Berger Montague PC (Berger Montague) as Lead Counsel for the Class., 44 MOTION to Consolidate Cases 1:20−cv−02977 , 1:20−cv−01293. MOTION to Appoint JIMMY CHAN to serve as lead plaintiff(s) ., 64 MOTION to Consolidate Cases 20−cv−02977 . MOTION to Appoint John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, and Khaled Abdullah Almdamegh to serve as lead plaintiff(s) . MOTION to Approve Counsel ., 43 MOTION to Appoint Wei Zuo to serve as lead plaintiff(s) . MOTION to Consolidate Cases 20−cv−1293, 20−cv−2977 . MOTION to Appoint Counsel ., 10 MOTION to Appoint Wai Chun Shek to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01677−KAM−VMS; 1:20−cv−02977 . MOTION to Appoint Counsel ., 22 MOTION to Consolidate Cases 1:20−cv−01293 and 1:20−cv−02977 . MOTION to Appoint Xin Huang. Chunwei Zuo, and Majid Hajizadeh Bashy (the "Luckin Investor Group') to serve as lead plaintiff(s) . MOTION to Appoint Counsel Levi & Korsinsky, LLP., 69 MOTION to Consolidate Cases 20−2977 . MOTION to Appoint . MOTION to Appoint Counsel . . Document filed by Teamsters Local 710 Pension Fund. (Attachments: # 1 Stengle v. Am. Ital. Pasta Co., # 2 Chiaretti v. Orthodontic Ctrs. of Am., Inc., # 3 In re Silicon Storage Tech., Inc., # 4 In re Unumprovident Corp. Sec. Litig.).(Rosenfeld, David) (Entered: 05/13/2020)* |
| 05/13/2020 | 96 | DECLARATION of David A. Rosenfeld in Opposition re: 32 MOTION to Appoint Counsel . MOTION to Appoint HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, and Willem Develter to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01293−LJL and 1:20−cv−02977−NRB ., 28 MOTION to Appoint Mike Farhat to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 48 MOTION to Appoint Satyanarayana Kanchanapalli to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 25 MOTION to Appoint Amrik Hira to serve as lead plaintiff(s) ,*consolidating related actions, approving Mr. Hiras selection of Kaplan Fox & Kilsheimer LLP to serve as Lead Counsel for the class, and for any such further relief as the Court may deem j, 34 MOTION to Add Applicant(s) Boston Retirement System . MOTION to Appoint Boston Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 20−cv−1293 and 20−cv−02977 ., 58 MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20−cv−01293; 1:20−cv−02977 ., 15 MOTION to Appoint Luckin Investor Group to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01293, 1:20−cv−02977 . MOTION to Appoint Counsel Kehoe Law Firm, P.C.., 61 MOTION to Appoint Sjunde AP−Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) ., 41 MOTION to Consolidate Cases 1:20−cv−02977 . MOTION to Appoint Fulton County Employees' Retirement System to serve as lead plaintiff(s) . MOTION to Approve Counsel ., 18 MOTION to Appoint Michael Bergenholtz to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−02977 and motion approving Movants selection of Berger Montague PC (Berger Montague) as Lead Counsel for the Class., 38 MOTION to Appoint Leonard Ross to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20−cv−02977 ., 44 MOTION to Consolidate Cases 1:20−cv−02977 , 1:20−cv−01293. MOTION to Appoint JIMMY CHAN to serve as lead plaintiff(s) ., 64 MOTION to Consolidate Cases 20−cv−02977 . MOTION to Appoint John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, and Khaled Abdullah Almdamegh to serve as lead plaintiff(s) . MOTION to Approve Counsel ., 43 MOTION to Appoint Wei Zuo to serve as lead plaintiff(s) . MOTION to Consolidate Cases 20−cv−1293, 20−cv−2977 . MOTION to Appoint Counsel ., 10 MOTION to Appoint Wai Chun Shek to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20−cv−01677−KAM−VMS; 1:20−cv−02977 . MOTION to Appoint Counsel ., 22 MOTION to Consolidate Cases 1:20−cv−01293 and 1:20−cv−02977 . MOTION to Appoint Xin Huang. Chunwei Zuo, and Majid Hajizadeh Bashy (the "Luckin Investor Group') to serve as lead plaintiff(s) . MOTION to Appoint Counsel Levi & Korsinsky, LLP., 69 MOTION to Consolidate Cases 20−2977 . MOTION to Appoint . MOTION to Appoint Counsel .. Document filed by Teamsters Local 710 Pension Fund. (Attachments: # 1 Exhibit 1 − 1/15/17 Washington Post article).(Rosenfeld, David) (Entered: 05/13/2020)* |
| 05/13/2020 | 97 | RESPONSE in Support of Motion re: 69 MOTION to Consolidate Cases 20−2977 . MOTION to Appoint . MOTION to Appoint Counsel . *Memorandum in Further Support and in Opposition to all Competing Motions*. Document filed by Chesi Assets |

| | | |
|---|---|---|
| | | Limited Group..(Keller, Christopher) (Entered: 05/13/2020) |
| 05/13/2020 | 98 | MEMORANDUM OF LAW in Support re: 61 MOTION to Appoint Sjunde AP−Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) . . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Silk, Gerald) (Entered: 05/13/2020) |
| 05/13/2020 | 99 | DECLARATION of Christopher J. Keller in Support re: 69 MOTION to Consolidate Cases 20−2977 . MOTION to Appoint . MOTION to Appoint Counsel .. Document filed by Chesi Assets Limited Group. (Attachments: # 1 Exhibit A − Movants Loss Analysis, # 2 Exhibit B − Declaration of Chad W. Coffman, CFA, # 3 Exhibit C − Expert Report of Jonathan R. Macey).(Keller, Christopher) (Entered: 05/13/2020) |
| 05/13/2020 | 100 | DECLARATION of Gerald H. Silk in Support re: 61 MOTION to Appoint Sjunde AP−Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) .. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Exhibit A − Independent Australia article, # 2 Exhibit B − Reuters article, # 3 Exhibit C − INB Holdings search results, # 4 Exhibit D − Securities Commission Malaysia 1999 Updates, # 5 Exhibit E − Securities Commission Malaysia 2002 Updates, # 6 Exhibit F − Wall Street Journal article, # 7 Exhibit G − Washington Post article, # 8 Exhibit H − The Star article, # 9 Exhibit I − Securities Commission Malaysia 2007 Updates, # 10 Exhibit J − Asian Wall Street Journal article, # 11 Exhibit K − Straits Times article, # 12 Exhibit L − TA Enterprise Annual Report, # 13 Exhibit M − Schall Law Firm Notice, # 14 Exhibit N − Business Day article, # 15 Exhibit O − Mail on Sunday article, # 16 Exhibit P − Almdamegh Loss Chart).(Silk, Gerald) (Entered: 05/13/2020) |
| 05/13/2020 | 101 | RESPONSE in Support of Motion re: 58 MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20−cv−01293; 1:20−cv−02977 . . Document filed by Chaile Steinberg..(Metcalf, Elizabeth) (Entered: 05/13/2020) |
| 05/14/2020 | 102 | ORDER granting 13 Motion for Long Z. Liu to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 05/14/2020) |
| 05/14/2020 | 103 | ORDER granting 14 Motion for Abraham S. Odabachian to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 05/14/2020) |
| 05/15/2020 | 104 | ORDER: The above−captioned cases involve common questions of law and fact. For convenience, expedition, and judicial economy, the Court exercises its discretion to consolidate these cases into a single action. See Federal Rule of Civil Procedure 42(a)(2). The Clerk of Court is directed to consolidate all cases listed above under case number 20−cv−01293 and to close all other cases. Counsel are directed to make filings only under case number 20−cv−01293. SO ORDERED. (Signed by Judge Lewis J. Liman on 5/15/2020) (va) (Entered: 05/15/2020) |
| 05/20/2020 | 105 | ORDER. IT IS HEREBY ORDERED that the conference previously set for June 2, 2020 is ADJOURNED sine die. SO ORDERED. The following hearing(s) was terminated: Motion Hearing Deadline. Return Date DDL. (Signed by Judge Lewis J. Liman on 5/20/2020) (rjm) (Entered: 05/20/2020) |
| 05/20/2020 | 106 | REPLY MEMORANDUM OF LAW in Support re: 64 MOTION to Consolidate Cases 20−cv−02977 . MOTION to Appoint John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, and Khaled Abdullah Almdamegh to serve as lead plaintiff(s) . MOTION to Approve Counsel . . Document filed by Khaled Abdullah Almdamegh, John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang. (Attachments: # 1 Exhibit A − Burns Declaration).(Lieberman, Jeremy) (Entered: 05/20/2020) |
| 05/20/2020 | 107 | REPLY MEMORANDUM OF LAW in Support re: 69 MOTION to Consolidate Cases 20−2977 . MOTION to Appoint . MOTION to Appoint Counsel . *and in Opposition to All Competing Motions*. Document filed by Chesi Assets Limited Group..(Keller, Christopher) (Entered: 05/20/2020) |
| 05/20/2020 | 108 | DECLARATION of Christopher J. Keller in Support re: 69 MOTION to Consolidate Cases 20−2977 . MOTION to Appoint . MOTION to Appoint Counsel .. Document |

| | | |
|---|---|---|
| | | filed by Chesi Assets Limited Group. (Attachments: # 1 Exhibit 1 − TA Enterprise Berhad, 2018 Annual Report, # 2 Exhibit 2 − Thomson Financial Data − TA Enterprise Berhad, # 3 Exhibit 3 − TA Global Berhad, 2018 Annual Report, # 4 Exhibit 4 − Malaysian Ministry of Foreign Affairs, FAQ, # 5 Exhibit 5 − The Edge Article, May 10, 2002, # 6 Exhibit 6 − Agence France−Presse Article, August 10, 1990, # 7 Exhibit 7 − N.Y.T. Article, March 7, 2018, # 8 Exhibit 8 − The Edge Article, April 9, 2007, # 9 Exhibit 9 − TA Election Results, # 10 Exhibit 10 − The Star Article, Aug. 14, 2010, # 11 Exhibit 11 − New Straits Times Article, September 23, 2007, # 12 Exhibit 12 − Intertrust Group, 2019 Annual Report, # 13 Exhibit 13 − N.P.R. Article, April 4, 2016, # 14 Exhibit 14 − Beyond Meat LP Order, # 15 Exhibit 15 − Kipling v. Flex Ltd.).(Keller, Christopher) (Entered: 05/20/2020) |
| 05/20/2020 | 109 | REPLY MEMORANDUM OF LAW in Support re: 61 MOTION to Appoint Sjunde AP−Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) . . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Silk, Gerald) (Entered: 05/20/2020) |
| 05/20/2020 | 110 | REPLY MEMORANDUM OF LAW in Support re: 58 MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20−cv−01293; 1:20−cv−02977 . . Document filed by Chaile Steinberg..(Metcalf, Elizabeth) (Entered: 05/20/2020) |
| 05/20/2020 | 111 | DECLARATION of Gerald H. Silk in Support re: 61 MOTION to Appoint Sjunde AP−Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) .. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Exhibit A − GE LP Hearing Transcript, # 2 Exhibit B − Goldman Kent Decl., # 3 Exhibit C − GE LP Opp., # 4 Exhibit D − GE Mansson Decl., # 5 Exhibit E − Maximus Inc. LP Order, # 6 Exhibit F − Qualcomm LP Order, # 7 Exhibit G − JPMorgan LP Order, # 8 Exhibit H − Ocwen Class Cert Order, # 9 Exhibit I − Robbins Geller non−U.S. LP representations).(Silk, Gerald) (Entered: 05/20/2020) |
| 05/21/2020 | 112 | LETTER addressed to Judge Lewis J. Liman from David A. Rosenfeld dated 05/21/2020 re: Leave to File Reply. Document filed by Teamsters Local 710 Pension Fund..(Rosenfeld, David) (Entered: 05/21/2020) |
| 05/21/2020 | 113 | MEMO ENDORSEMENT on re: 112 Letter filed by Teamsters Local 710 Pension Fund. ENDORSEMENT: Application to submit a reply brief is GRANTED. The brief shall be submitted no later than 5:00 p.m. on May 22, 2020. ( Replies due by 5/22/2020.) (Signed by Judge Lewis J. Liman on 5/21/2020) (rro) (Entered: 05/21/2020) |
| 05/22/2020 | 114 | REPLY MEMORANDUM OF LAW in Support re: 51 MOTION to Appoint Teamsters Local 710 Pension Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Teamsters Local 710 Pension Fund. (Attachments: # 1 In re Silicon Storage Tech., Inc.).(Rosenfeld, David) (Entered: 05/22/2020) |
| 05/26/2020 | 115 | ORDER: IT IS HEREBY ORDERED that movant Chesi Assets Limited Group provide the Court with the documents issued by or filed with the Malaysian court system and/or the Securities Commission Malaysia related to Tiah Thee Kian's 2002 conviction purportedly for violating Malaysian securities laws. Such documents should include, inter alia, documents reflecting the charges brought against Tiah Thee Kian, any admission of guilt by him, any decision not to prosecute Tiah Thee Kian on any charges, and the judgment or decision finding Tiah Thee Kian as liable and imposing a penalty against him, as well as any opinions issued. If any of these documents are not in English, Chesi Assets Limited Group shall provide the Court with a certified professional English translation of such documents. Chesi Assets Limited Group shall make the above−mentioned filing electronically on ECF no later than 5:00 p.m. on June 5, 2020. SO ORDERED. (Signed by Judge Lewis J. Liman on 5/26/2020) (ks) (Entered: 05/26/2020) |
| 05/27/2020 | 116 | NOTICE OF APPEARANCE by Phillip C. Kim on behalf of Khaled Abdullah Almdamegh, John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang..(Kim, Phillip) (Entered: 05/27/2020) |
| 06/01/2020 | 117 | NOTICE of Withdrawal of Motion of Chesi Group re: 69 MOTION to Consolidate Cases 20−2977 . MOTION to Appoint . MOTION to Appoint Counsel .. Document filed by Chesi Assets Limited Group..(Keller, Christopher) (Entered: 06/01/2020) |

| | | |
|---|---|---|
| 06/12/2020 | 118 | OPINION & ORDER re: 61 MOTION to Appoint Sjunde AP−Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) filed by Sjunde AP−Fonden, Louisiana Sheriffs Pension & Relief Fund. For the foregoing reasons, the Court GRANTS the AP7 Group's motion (Dkt. No. 61). The Court appoints the AP7 Group as lead plaintiff and appoints its counsel, Bernstein Litowitz Berger & Grossman LLP and Kessler Topaz Meltzer & Check, LLP, as class counsel. The Court therefore DENIES the remaining motions for appointment to lead plaintiff. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 10, 15, 18, 22, 25, 28, 32, 34, 38, 41, 43, 44, 48, 51, 58, 64, and 69. IT IS FURTHER ORDERED that the newly−appointed lead plaintiff shall meet and confer with the defendants on a briefing schedule for a consolidated amended complaint and any motion to dismiss. The parties shall jointly submit a proposed schedule on ECF no later than June 26, 2020 at 5:00 p.m. If the parties are unable to agree on a proposed schedule, they may file separate proposals. SO ORDERED. (Signed by Judge Lewis J. Liman on 6/12/2020) (va) (Entered: 06/12/2020) |
| 06/15/2020 | 119 | MOTION for Jason A. Zweig to Withdraw as Attorney . Document filed by Satyanarayana Kanchanapalli..(Zweig, Jason) (Entered: 06/15/2020) |
| 06/16/2020 | 120 | MEMO ENDORSED ORDER granting 119 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Jason Allen Zweig terminated. (Signed by Judge Lewis J. Liman on 6/16/2020) (va) (Entered: 06/16/2020) |
| 06/18/2020 | 121 | NOTICE OF APPEARANCE by Salvatore Jo Graziano on behalf of Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Graziano, Salvatore) (Entered: 06/18/2020) |
| 06/18/2020 | 122 | NOTICE OF APPEARANCE by John James Rizio−Hamilton on behalf of Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Rizio−Hamilton, John) (Entered: 06/18/2020) |
| 06/18/2020 | 123 | NOTICE OF APPEARANCE by Jai Kamal Chandrasekhar on behalf of Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Chandrasekhar, Jai) (Entered: 06/18/2020) |
| 06/18/2020 | 124 | NOTICE OF APPEARANCE by Kate Whitman Aufses on behalf of Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Aufses, Kate) (Entered: 06/18/2020) |
| 06/18/2020 | 125 | MOTION for Steven B. Singer to Withdraw as Attorney . Document filed by Fulton County Employees' Retirement System..(Singer, Steven) (Entered: 06/18/2020) |
| 06/18/2020 | 126 | NOTICE OF APPEARANCE by Sharan Nirmul on behalf of Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 06/18/2020) |
| 06/19/2020 | 127 | MEMO ENDORSEMENT granting 125 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Steven B. Singer terminated. (Signed by Judge Lewis J. Liman on 6/19/2020) (kv) Modified on 6/19/2020 (kv). (Entered: 06/19/2020) |
| 06/26/2020 | 128 | PROPOSED STIPULATION AND ORDER. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 06/26/2020) |
| 06/26/2020 | 129 | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE: IT IS ACCORDINGLY STIPULATED AND AGREED among the undersigned counsel, subject to the Court's approval, that: Pursuant to Federal Rule of Civil Procedure 42(a), any class actions that are subsequently filed, removed, or transferred that are related to the claims asserted in the Consolidated Class Action shall be CONSOLIDATED for all purposes under 1:20−cv−01293−LJL−JLC. The Consolidated Class Action shall bear the caption "In re Luckin Coffee Inc. Securities Litigation" and shall be maintained under master file number 1 :20−cv−01293−LJL−JLC. Lead Plaintiffs shall file a consolidated class action complaint (the "Consolidated Complaint") with this Court within sixty (60) days of entry of this Order. If Luckin files a motion to dismiss the Consolidated Complaint, Lead Plaintiffs shall file a response to the motion to dismiss within sixty (60) days of the filing date of the motion to dismiss. Luckin shall file a reply to the response to the motion to dismiss within thirty (30) days of the filing date of Lead Plaintiffs' response. SO ORDERED. (Signed by Judge Lewis J. Liman on |

| | | |
|---|---|---|
| | | 6/26/2020) (rro) (Entered: 06/26/2020) |
| 07/10/2020 | 130 | NOTICE OF APPEARANCE by Herbert Scott Washer on behalf of Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Washer, Herbert) (Entered: 07/10/2020) |
| 07/10/2020 | 131 | NOTICE OF APPEARANCE by David George Januszewski on behalf of Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Januszewski, David) (Entered: 07/10/2020) |
| 07/10/2020 | 132 | NOTICE OF APPEARANCE by Samuel Giffin Mann on behalf of Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Mann, Samuel) (Entered: 07/10/2020) |
| 07/14/2020 | 133 | MOTION for Gregory M. Castaldo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20681760. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Exhibit A − PA Certificate of Good Standing, # 2 Exhibit B − NJ Certificate of Good Standing, # 3 Affidavit of Gregory M. Castaldo, # 4 Text of Proposed Order).(Castaldo, Gregory) (Entered: 07/14/2020) |
| 07/14/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 133 MOTION for Gregory M. Castaldo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20681760. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 07/14/2020) |
| 07/15/2020 | 134 | ORDER granting 133 Motion for Gregory M. Castaldo to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 07/15/2020) |
| 07/17/2020 | 135 | MOTION for Kim E. Miller to Withdraw as Attorney . Document filed by Nirmala Gopu, Vijaya Gopu..(Miller, Kim) (Entered: 07/17/2020) |
| 07/17/2020 | 136 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Nirmala Gopu, Vijaya Gopu. Related Document Number: 135 ..(Miller, Kim) (Entered: 07/17/2020) |
| 07/17/2020 | 137 | MEMO ENDORSED ORDER granting 135 Motion to Withdraw as Attorney. Accordingly, Ms. Miller requests that her withdrawal as counsel be granted and that she be removed from this consolidated Actions electronic case filing (ECF) service list. ENDORSEMENT: SO ORDERED. Attorney Kim Elaine Miller terminated. (Signed by Judge Lewis J. Liman on 7/17/2020) (va) (Entered: 07/17/2020) |
| 07/22/2020 | 138 | MOTION for Nathan A. Hasiuk to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20796988. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Exhibit A − PA Certificate of Good Standing, # 2 Exhibit B − NJ Certificate of Good Standing, # 3 Affidavit of Nathan A. Hasiuk, # 4 Text of Proposed Order).(Hasiuk, Nathan) (Entered: 07/22/2020) |
| 07/22/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 138 MOTION for Nathan A. Hasiuk to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC−20796988. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 07/22/2020) |
| 07/23/2020 | 139 | MOTION for Richard A. Russo, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20813119. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Exhibit A − PA Certificate of Good Standing, # 2 Exhibit B − NJ Certificate of Good Standing, # 3 Affidavit of Richard A. Russo, Jr., # 4 Text of Proposed Order).(Russo, Richard) (Entered: 07/23/2020) |
| 07/23/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 139 MOTION for Richard A. Russo, Jr. to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC−20813119. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are** |

| | | |
|---|---|---|
| | | **no deficiencies. (aea)** (Entered: 07/23/2020) |
| 07/23/2020 | 140 | ORDER granting 138 Motion for Nathan A. Hasiuk to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 07/23/2020) |
| 07/23/2020 | 141 | ORDER granting 139 Motion for Richard A. Russo, Jr. to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 07/23/2020) |
| 07/23/2020 | 142 | MOTION for Mark C. Franek to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20817666. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Exhibit A − PA Certificate of Good Standing, # 2 Exhibit B − NJ Certificate of Good Standing, # 3 Affidavit of Mark C. Franek, # 4 Text of Proposed Order).(Franek, Mark) (Entered: 07/23/2020) |
| 07/23/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 142 MOTION for Mark C. Franek to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20817666. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 07/23/2020) |
| 07/23/2020 | 143 | MOTION for Lisa M. Port to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20819110. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Exhibit A − PA Certificate of Good Standing, # 2 Affidavit of Lisa M. Port, # 3 Text of Proposed Order).(Port, Lisa) (Entered: 07/23/2020) |
| 07/23/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 143 MOTION for Lisa M. Port to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC−20819110. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 07/23/2020) |
| 07/25/2020 | 144 | ORDER granting 142 Motion for Mark C. Franek to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 07/25/2020) |
| 07/25/2020 | 145 | ORDER granting 143 Motion for Lisa M. Port to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 07/25/2020) |
| 08/17/2020 | 146 | LETTER MOTION for Extension of Time addressed to Judge Lewis J. Liman from Sharan Nirmul dated August 17, 2020. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Exhibit A − Stipulation and [Proposed] Order Regarding Amended Schedule for Consolidated Class Action Complaint and Defendants' Response).(Nirmul, Sharan) (Entered: 08/17/2020) |
| 08/17/2020 | 147 | ORDER granting (146) Letter Motion for Extension of Time in case 1:20−cv−01293−LJL. No further extensions of the deadline to file the consolidated class action complaint. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) Filed In Associated Cases: 1:20−cv−01293−LJL, 1:20−cv−02977−LJL (Liman, Lewis) (Entered: 08/17/2020) |
| 08/21/2020 | 148 | NOTICE OF CHANGE OF ADDRESS by David George Januszewski on behalf of Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC. New Address: Cahill Gordon & Reindel LLP, 32 Old Slip, New York, New York, United States 10005, 2127013000..(Januszewski, David) (Entered: 08/21/2020) |
| 09/24/2020 | 149 | NOTICE OF APPEARANCE by Sheila Chithran Ramesh on behalf of Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Ramesh, Sheila) (Entered: 09/24/2020) |
| 09/24/2020 | 150 | AMENDED COMPLAINT amending 1 Complaint against China International Capital Corporation Hong Kong Securities Limited, Credit Suisse Securities (USA) LLC, Jinyi Guo, Haitong International Securities Company Limited, KeyBanc Capital Markets Inc, Hui Li, Erhai Liu, Jian Liu, Charles Zhengyao Lu, Luckin Coffee Inc., Morgan |

| | | |
|---|---|---|
| | | Stanley & Co. LLC, Needham & Company, LLC, Jenny Zhiya Qian, Reinout Hendrik Schakel, Sean Shao, Thomas P. Meier with JURY DEMAND.Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. Related document: 1 Complaint. (Attachments: # 1 Exhibit A − Sjunde AP−Fonden Certification, # 2 Exhibit B − Louisiana Sheriffs' Pension & Relief Fund Certification).(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 151 | REQUEST FOR ISSUANCE OF SUMMONS as to Charles Zhengyao Lu, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 152 | REQUEST FOR ISSUANCE OF SUMMONS as to Jenny Zhiya Qian, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 153 | REQUEST FOR ISSUANCE OF SUMMONS as to Jian Liu, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 154 | REQUEST FOR ISSUANCE OF SUMMONS as to Reinout Hendrik Schakel, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 155 | REQUEST FOR ISSUANCE OF SUMMONS as to Hui Li, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 156 | REQUEST FOR ISSUANCE OF SUMMONS as to Erhai Liu, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 157 | REQUEST FOR ISSUANCE OF SUMMONS as to Jinyi Guo, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 158 | REQUEST FOR ISSUANCE OF SUMMONS as to Sean Shao, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 159 | REQUEST FOR ISSUANCE OF SUMMONS as to Thomas P. Meier, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 160 | REQUEST FOR ISSUANCE OF SUMMONS as to China International Capital Corporation Hong Kong Securities Limited, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 161 | REQUEST FOR ISSUANCE OF SUMMONS as to Haitong International Securities Company Limited, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/25/2020 | 162 | ELECTRONIC SUMMONS ISSUED as to Erhai Liu. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 163 | ELECTRONIC SUMMONS ISSUED as to Jinyi Guo. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 164 | ELECTRONIC SUMMONS ISSUED as to Sean Shao. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 165 | ELECTRONIC SUMMONS ISSUED as to Thomas P. Meier. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 166 | ELECTRONIC SUMMONS ISSUED as to China International Capital Corporation Hong Kong Securities Limited. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 167 | ELECTRONIC SUMMONS ISSUED as to Haitong International Securities Company Limited. (sj) (Entered: 09/25/2020) |

| | | |
|---|---|---|
| 09/25/2020 | 168 | ELECTRONIC SUMMONS ISSUED as to Charles Zhengyao Lu. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 169 | ELECTRONIC SUMMONS ISSUED as to Jenny Zhiya Qian. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 170 | ELECTRONIC SUMMONS ISSUED as to Jian Liu. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 171 | ELECTRONIC SUMMONS ISSUED as to Reinout Hendrik Schakel. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 172 | ELECTRONIC SUMMONS ISSUED as to Hui Li. (sj) (Entered: 09/25/2020) |
| 10/02/2020 | | NOTICE OF CASE REASSIGNMENT to Judge P. Kevin Castel. Judge Lewis J. Liman is no longer assigned to the case..(wb) (Entered: 10/02/2020) |
| 10/06/2020 | | NOTICE OF CASE REASSIGNMENT to Judge John Peter Cronan. Judge P. Kevin Castel is no longer assigned to the case..(wb) (Entered: 10/06/2020) |
| 10/07/2020 | 173 | MOTION for Javier Bleichmar to Withdraw as Attorney . Document filed by Luckin Investor Group. (Attachments: # 1 Text of Proposed Order).(Bleichmar, Javier) (Entered: 10/07/2020) |
| 10/07/2020 | 174 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document filed by Luckin Investor Group. Related Document Number: 173 ..(Bleichmar, Javier) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 10/7/2020 (km). (Entered: 10/07/2020) |
| 10/07/2020 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Javier Bleichmar to RE−FILE Document 174 Proposed Order. Use the event type Other Filings, Proposed Orders, Proposed Order for Withdrawal of Attorney. (km)** (Entered: 10/07/2020) |
| 10/07/2020 | 175 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Luckin Investor Group. Related Document Number: 173 ..(Bleichmar, Javier) (Entered: 10/07/2020) |
| 10/21/2020 | 176 | ORDER. This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Courts Individual Rules, which are available at https://www.nysd.uscourts.gov/hon−john−p−cronan. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. Absent leave of Court obtained by letter−motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel. Additionally, within two weeks of the filing of this Order, the parties are hereby ORDERED to file on ECF a joint letter, described below, updating the Court on the status of the case, and as further set forth in this Order. So ordered. (Signed by Judge John P. Cronan on 10/21/2020) (rjm) (Entered: 10/21/2020) |
| 10/23/2020 | 177 | MEMO ENDORSEMENT denying without prejudice 173 Motion to Withdraw as Attorney. ENDORSEMENT: It is hereby ORDERED that Mr. Bleichmar's motion is DENIED without prejudice. In accordance with Local Civil Rule 1.4, any application for withdrawal of an attorney of record must specify "whether or not the attorney is asserting a retaining or charging lien." The Court will consider Mr. Bleichmar's application should he refile it with the necessary information. SO ORDERED. (Signed by Judge John P. Cronan on 10/22/2020) (kv) (Entered: 10/23/2020) |
| 10/23/2020 | 178 | MOTION for Javier Bleichmar to Withdraw as Attorney . Document filed by Luckin Investor Group. (Attachments: # 1 Text of Proposed Order).(Bleichmar, Javier) (Entered: 10/23/2020) |
| 10/23/2020 | 179 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Luckin Investor Group. Related Document Number: 178 ..(Bleichmar, Javier) (Entered: 10/23/2020) |
| 10/27/2020 | 180 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Charles Zhengyao Lu, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 10/27/2020) |

| | | |
|---|---|---|
| 10/27/2020 | 181 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Reinout Hendrik Schakel, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 182 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Hui Li, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 183 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Erhai Liu, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 184 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Jinyi Guo, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 185 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Sean Shao, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 186 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Thomas P. Meier, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 187 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Haitong International Securities Company Limited, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 188 | ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW COUNSEL: granting 178 Motion to Withdraw as Attorney. Upon consideration of the Motion for Leave to Withdraw Javier Bleichmar as counsel for the Luckin Investor Group, it is hereby ORDERED that the Luckin Investor Group's Motion is GRANTED and Javier Bleichmar shall be removed as counsel for the Luckin Investor Group in the above−captioned matter. IT IS SO ORDERED. Attorney Javier Bleichmar terminated (Signed by Judge John P. Cronan on 10/27/2020) (ama) (Entered: 10/27/2020) |
| 10/28/2020 | 189 | ELECTRONIC AMENDED SUMMONS ISSUED as to Haitong International Securities Company Limited. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 190 | ELECTRONIC AMENDED SUMMONS ISSUED as to Thomas P. Meier. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 191 | ELECTRONIC AMENDED SUMMONS ISSUED as to Sean Shao. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 192 | ELECTRONIC AMENDED SUMMONS ISSUED as to Jinyi Guo. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 193 | ELECTRONIC AMENDED SUMMONS ISSUED as to Erhai Liu. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 194 | ELECTRONIC AMENDED SUMMONS ISSUED as to Reinout Hendrik Schakel. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 195 | ELECTRONIC AMENDED SUMMONS ISSUED as to Hui Li. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 196 | ELECTRONIC AMENDED SUMMONS ISSUED as to Charles Zhengyao Lu. (sj) (Entered: 10/28/2020) |
| 11/03/2020 | 197 | MOTION for Laurence Jesse Hasson to Withdraw as Attorney . Document filed by Leonard Ross..(Hasson, Laurence) (Entered: 11/03/2020) |
| 11/03/2020 | 198 | LETTER addressed to Judge John P. Cronan from Sharan Nirmul dated November 3, 2020 re: Joint Status Letter. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 11/03/2020) |
| 11/05/2020 | 199 | MEMO ENDORSEMENT on re: 198 LETTER addressed to Judge John P. Cronan from Sharan Nirmul dated November 3, 2020 re: Joint Status Letter. Document filed |

| | | |
|---|---|---|
| | | by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. ENDORSEMENT: It is hereby ORDERED that any memoranda of law in support or opposition to any motions to dismiss shall not exceed 30 pages, and any replies shall not exceed 15 pages. In the event Defendants file multiple motions to dismiss, Plaintiff may elect to submit a single memoranda of law in opposition, which shall not exceed 50 pages. It is further ORDERED that, in light of the briefing schedule set by Judge Liman, Defendants are excused from the pre−motion letter requirement in 6.A of the Court's Individual Rules and Practices in Civil Cases. For any other motions governed by that rule, the parties should submit a pre−motion letter. SO ORDERED. (Signed by Judge John P. Cronan on 11/4/2020) (rjm) (Entered: 11/05/2020) |
| 11/05/2020 | 200 | MEMO ENDORSEMENT on MOTION TO WITHDRAW AS ATTORNEY OF RECORD. ENDORSEMENT: It is hereby ORDERED that Movant's request is DENIED without prejudice. The Court will consider Movant's application should he refile it in accordance with, and with the necessary information required under, Local Civil Rule 1.4. SO ORDERED. Denying without prejudice 197 Motion to Withdraw as Attorney. (Signed by Judge John P. Cronan on 11/4/2020) (rjm) (Entered: 11/05/2020) |
| 11/06/2020 | 201 | MOTION for Laurence Jesse Hasson to Withdraw as Attorney . Document filed by Leonard Ross..(Hasson, Laurence) (Entered: 11/06/2020) |
| 11/06/2020 | 202 | MEMO ENDORSEMENT on MOTION TO WITHDRAW AS ATTORNEY OF RECORD. ENDORSEMENT: IT IS SO ORDERED. Granting 201 Motion to Withdraw as Attorney. Attorney Laurence Jesse Hasson terminated. (Signed by Judge John P. Cronan on 11/6/2020) (rjm) (Entered: 11/06/2020) |
| 11/17/2020 | 203 | WAIVER OF SERVICE RETURNED EXECUTED. Thomas P. Meier waiver sent on 11/6/2020, answer due 2/4/2021. Document filed by Louisiana Sheriffs Pension & Relief Fund; Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 11/17/2020) |
| 11/23/2020 | 204 | MOTION to Dismiss *the Consolidated Class Action Complaint*. Document filed by Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Januszewski, David) (Entered: 11/23/2020) |
| 11/23/2020 | 205 | MEMORANDUM OF LAW in Support re: 204 MOTION to Dismiss *the Consolidated Class Action Complaint*. . Document filed by Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Januszewski, David) (Entered: 11/23/2020) |
| 11/23/2020 | 206 | DECLARATION of Sheila C. Ramesh in Support re: 204 MOTION to Dismiss *the Consolidated Class Action Complaint*.. Document filed by Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC. (Attachments: # 1 Exhibit 1 − 2019 Form F−1 MEF Registration Statement, # 2 Exhibit 2 − 2019 Form 424(b)(4) Prospectus Excerpts, # 3 Exhibit 3 − 2020 Form F−1 MEF Registration Statement, # 4 Exhibit 4 − 2020 Form 424(b)(4) Prospectus Excerpts, # 5 Exhibit 5 − April 3, 2020 Yicai Global Article, # 6 Exhibit 6 − May 28, 2020 Wall Street Journal Article, # 7 Exhibit 7 − July 5, 2020 Wall Street Journal Article).(Januszewski, David) (Entered: 11/23/2020) |
| 11/23/2020 | 207 | LETTER MOTION for Oral Argument *on Underwriter Defendants' Motion to Dismiss the Consolidated Class Action Complaint* addressed to Judge John P. Cronan from David G. Januszewski dated November 23, 2020. Document filed by Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Januszewski, David) (Entered: 11/23/2020) |
| 11/23/2020 | 208 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Credit Suisse Group AG for Credit Suisse Securities (USA) LLC. Document filed by Credit Suisse Securities (USA) LLC..(Januszewski, David) (Entered: 11/23/2020) |
| 11/23/2020 | 209 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent KeyCorp for KeyBanc Capital Markets Inc. Document filed by KeyBanc Capital Markets Inc..(Januszewski, David) (Entered: 11/23/2020) |
| 11/23/2020 | 210 | MOTION to Dismiss *with Prejudice Counts III and Certain Portions of the Consolidated Class Action Complaint*. Document filed by Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 11/23/2020) |

| | | |
|---|---|---|
| 11/23/2020 | 211 | MEMORANDUM OF LAW in Support re: 210 MOTION to Dismiss *with Prejudice Counts III and Certain Portions of the Consolidated Class Action Complaint*. . Document filed by Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 11/23/2020) |
| 11/23/2020 | 212 | DECLARATION of Lawrence Portnoy in Support re: 210 MOTION to Dismiss *with Prejudice Counts III and Certain Portions of the Consolidated Class Action Complaint*.. Document filed by Luckin Coffee Inc.. (Attachments: # 1 Exhibit A−Excerpt of Luckin's Form F−1/A, as filed with the SEC, May 6, 2019, # 2 Exhibit B−Luckin's Form 424B4 prospectus, as filed with the SEC, May 17, 2019, # 3 Exhibit C−Excerpt of Luckin's Form F−1MEF, as filed with the SEC, May 17, 2019, # 4 Exhibit D−Luckin's Form 424B4 prospectus, as filed with the SEC, January 10, 2020).(Portnoy, Lawrence) (Entered: 11/23/2020) |
| 11/23/2020 | 213 | LETTER MOTION for Oral Argument addressed to Judge John P. Cronan from Lawrence Portnoy dated November 23, 2020. Document filed by Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 11/23/2020) |
| 11/24/2020 | 214 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge John P. Cronan from Sharan Nirmul dated November 24, 2020. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 11/24/2020) |
| 11/24/2020 | 215 | ORDER granting 214 LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge John P. Cronan from Sharan Nirmul dated November 24, 2020. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. It is hereby ORDERED that the request of Lead Plaintiffs and Defendant Thomas P. Meier is GRANTED. Defendant Meier shall file an answer or otherwise respond to the Consolidated Complaint by February 4, 2021. If Defendant Meier files a motion to dismiss, Lead Plaintiffs shall file a response within 60 days of the filing of that motion, and Defendant Meier shall file his reply, if any, within 30 days of Lead Plaintiffs' response. SO ORDERED. (Signed by Judge John P. Cronan on 11/24/2020) (rjm) (Entered: 11/24/2020) |
| 11/24/2020 | 216 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent The Needham Group, Inc. for Needham & Company, LLC. Document filed by Needham & Company, LLC..(Januszewski, David) (Entered: 11/24/2020) |
| 12/02/2020 | 217 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Morgan Stanley Capital Management, LLC, Corporate Parent Morgan Stanley Domestic Holdings, Inc., Corporate Parent Morgan Stanley, Other Affiliate Mitsubishi UFJ Financial Group, Inc., 7−1 Marunouchi 2−chome, Chiyoda−ku, Tokyo 100−8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common stock for Morgan Stanley & Co. LLC. Document filed by Morgan Stanley & Co. LLC..(Januszewski, David) (Entered: 12/02/2020) |
| 01/20/2021 | 218 | AFFIDAVIT OF SERVICE. Haitong International Securities Company Limited served on 1/8/2021, answer due 1/29/2021. Service was accepted by Haitong International Securities Company Limited. Document filed by Louisiana Sheriffs Pension & Relief Fund; Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 01/20/2021) |
| 01/20/2021 | 219 | AFFIDAVIT OF SERVICE. China International Capital Corporation Hong Kong Securities Limited served on 1/8/2021, answer due 1/29/2021. Service was accepted by China International Capital Corporation Hong Kong Securities Limited. Document filed by Louisiana Sheriffs Pension & Relief Fund; Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 01/20/2021) |
| 01/22/2021 | 220 | MEMORANDUM OF LAW in Opposition re: 210 MOTION to Dismiss *with Prejudice Counts III and Certain Portions of the Consolidated Class Action Complaint*. . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Graziano, Salvatore) (Entered: 01/22/2021) |
| 01/22/2021 | 221 | DECLARATION of Salvatore Graziano in Opposition re: 210 MOTION to Dismiss *with Prejudice Counts III and Certain Portions of the Consolidated Class Action Complaint*.. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Exhibit A).(Graziano, Salvatore) (Entered: 01/22/2021) |

| | | |
|---|---|---|
| 01/22/2021 | 222 | MEMORANDUM OF LAW in Opposition re: 204 MOTION to Dismiss *the Consolidated Class Action Complaint*. . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Graziano, Salvatore) (Entered: 01/22/2021) |
| 01/28/2021 | 223 | NOTICE OF APPEARANCE by Jason Jacob Mendro on behalf of Thomas P. Meier..(Mendro, Jason) (Entered: 01/28/2021) |
| 02/04/2021 | 224 | MOTION to Dismiss *with Prejudice the Consolidated Class Action Complaint*. Document filed by Thomas P. Meier. Responses due by 4/5/2021.(Mendro, Jason) (Entered: 02/04/2021) |
| 02/04/2021 | 225 | MEMORANDUM OF LAW in Support re: 224 MOTION to Dismiss *with Prejudice the Consolidated Class Action Complaint*. . Document filed by Thomas P. Meier..(Mendro, Jason) (Entered: 02/04/2021) |
| 02/04/2021 | 226 | NOTICE OF APPEARANCE by Herbert Scott Washer on behalf of China International Capital Corporation Hong Kong Securities Limited, Haitong International Securities Company Limited..(Washer, Herbert) (Entered: 02/04/2021) |
| 02/04/2021 | 227 | NOTICE OF APPEARANCE by David George Januszewski on behalf of China International Capital Corporation Hong Kong Securities Limited, Haitong International Securities Company Limited..(Januszewski, David) (Entered: 02/04/2021) |
| 02/04/2021 | 228 | NOTICE OF APPEARANCE by Sheila Chithran Ramesh on behalf of China International Capital Corporation Hong Kong Securities Limited, Haitong International Securities Company Limited..(Ramesh, Sheila) (Entered: 02/04/2021) |
| 02/04/2021 | 229 | NOTICE OF APPEARANCE by Adam Shawn Mintz on behalf of China International Capital Corporation Hong Kong Securities Limited, Credit Suisse Securities (USA) LLC, Haitong International Securities Company Limited, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Mintz, Adam) (Entered: 02/04/2021) |
| 02/04/2021 | 230 | NOTICE OF APPEARANCE by Samuel Giffin Mann on behalf of China International Capital Corporation Hong Kong Securities Limited, Haitong International Securities Company Limited..(Mann, Samuel) (Entered: 02/04/2021) |
| 02/04/2021 | 231 | JOINDER to join re: 204 MOTION to Dismiss *the Consolidated Class Action Complaint*. . Document filed by China International Capital Corporation Hong Kong Securities Limited, Haitong International Securities Company Limited..(Januszewski, David) (Entered: 02/04/2021) |
| 02/18/2021 | 232 | LETTER MOTION for Extension of Time *of the Briefing Schedule for Defendants' Motion to Dismiss the Consolidated Amended Complaint* addressed to Judge John P. Cronan from Lawrence Portnoy dated February 18, 2021. Document filed by Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 02/18/2021) |
| 02/19/2021 | 233 | ORDER granting 232 LETTER MOTION for Extension of Time of the Briefing Schedule for Defendants' Motion to Dismiss the Consolidated Amended Complaint addressed to Judge John P. Cronan from Lawrence Portnoy dated February 18, 2021. Document filed by Luckin Coffee Inc. It is hereby ORDERED that Defendant Luckin's request is GRANTED. Luckin and the Underwriter Defendants shall have until March 30, 2021 to file their reply briefs in support of their motions to dismiss. Lead Plaintiffs shall have until May 5, 2021 to file their opposition to Meier's motion to dismiss. Meier shall have until June 4, 2021 to file his reply brief in support of his motion to dismiss. SO ORDERED. (Signed by Judge John P. Cronan on 2/18/2021) (rjm) (Entered: 02/19/2021) |
| 02/19/2021 | | Set/Reset Deadlines: Responses due by 5/5/2021. Replies due by 6/4/2021. (rjm) (Entered: 02/19/2021) |
| 03/02/2021 | 234 | LETTER addressed to Judge John P. Cronan from Salvatore J. Graziano dated March 2, 2021 re: Stipulation and [PROPOSED] Order on Provisional Class Certification. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Graziano, Salvatore) (Entered: 03/02/2021) |

| | | |
|---|---|---|
| 03/02/2021 | 235 | PROPOSED STIPULATION AND ORDER. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Graziano, Salvatore) (Entered: 03/02/2021) |
| 03/03/2021 | 236 | MEMO ENDORSEMENT on re: 234 LETTER addressed to Judge John P. Cronan from Salvatore J. Graziano dated March 2, 2021 re: Stipulation and [PROPOSED] Order on Provisional Class Certification. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. ENDORSEMENT: It is hereby ORDERED that the parties shall appear for a teleconference in this matter on March 4, 2021 at 10:00 a.m. At the scheduled time, counsel for all parties should call (866) 434−5269, access code 9176261. SO ORDERED. (Telephone Conference set for 3/4/2021 at 10:00 AM before Judge John P. Cronan.) (Signed by Judge John P. Cronan on 3/2/2021) (rjm) (Entered: 03/03/2021) |
| 03/03/2021 | 237 | LETTER addressed to Judge John P. Cronan from David A. Rosenfeld dated March 3, 2021 re: Permission to Attend March 4, 2021 Teleconference. Document filed by Teamsters Local 710 Pension Fund..(Rosenfeld, David) (Entered: 03/03/2021) |
| 03/03/2021 | 238 | LETTER addressed to Judge John P. Cronan from Richard A. Bodnar dated March 3, 2021 re: permission to attend teleconference scheduled for March 4, 2021. Document filed by Winslow Funds..(Bodnar, Richard) (Entered: 03/03/2021) |
| 03/03/2021 | 239 | ORDER It hereby ORDERED that the State Class Plaintiffs may attend the March 4, 2021 conference. (Signed by Judge John P. Cronan on 3/3/2021) (mhe) Modified on 3/4/2021 (mhe). (Entered: 03/04/2021) |
| 03/03/2021 | 240 | ORDER It is hereby ORDERED that the Winslow Funds may attend the March 4, 2021 conference. (Signed by Judge John P. Cronan on 3/3/2021) (mhe) (Entered: 03/04/2021) |
| 03/04/2021 | 241 | NOTICE OF APPEARANCE by Brandon Michael Fierro on behalf of Winslow Funds..(Fierro, Brandon) (Entered: 03/04/2021) |
| 03/04/2021 | 242 | NOTICE OF APPEARANCE by Richard A Bodnar on behalf of Winslow Funds..(Bodnar, Richard) (Entered: 03/04/2021) |
| 03/04/2021 | | Minute Entry for proceedings held before Judge John P. Cronan: Telephone Conference held on March 4, 2021. The Court heard an argument on the proposed stipulation regarding provisional class certification. (No Court Reporter Present) (mhe) (Entered: 03/09/2021) |
| 03/05/2021 | 243 | LETTER addressed to Judge John P. Cronan from David A. Rosenfeld dated March 5, 2021 re: Correct Certain Representations Made During 3/4/2021 Teleconference. Document filed by Michael Bergenholtz, Teamsters Local 710 Pension Fund..(Rosenfeld, David) (Entered: 03/05/2021) |
| 03/05/2021 | 244 | ORDER: Having considered the parties' arguments during the March 4, 2021 conference, Lead Plaintiffs letter, and the Stipulation and Proposed Order, the Court finds that the Stipulation and Proposed Order is proper, and will "so order" it in a separately docketed order. (As further set forth in this Order.) (Signed by Judge John P. Cronan on 3/5/2021) (cf) (Entered: 03/05/2021) |
| 03/05/2021 | 245 | STIPULATION AND ORDER REGARDING PROVISIONAL CLASS CERTIFICATION FOR SETTLEMENT PURPOSES: IT IS ACCORDINGLY STIPULATED AND AGREED by Plaintiffs and Luckin, through the undersigned counsel, subject to the Court's approval, that: Pursuant to Fed. R. Civ. P. 23(a) and (b)(3), the following Class is provisionally certified for settlement purposes only with respect to Plaintiffs' claims against Luckin: (As further set forth in this Order.) Lead Plaintiffs are appointed representatives of the Class. The law firms of KTMC and BLBG are appointed class counsel. The Class is being certified provisionally for settlement purposes. (Signed by Judge John P. Cronan on 3/5/2021) (cf) (Entered: 03/05/2021) |
| 03/09/2021 | 246 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent China International Capital Corporation (Hong Kong) Limited, Corporate Parent China International Capital Corporation Limited for China International Capital Corporation Hong Kong Securities Limited. Document filed by China International Capital Corporation Hong Kong Securities Limited..(Januszewski, David) (Entered: |

| | | |
|---|---|---|
| | | 03/09/2021) |
| 03/09/2021 | 247 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Haitong International Securities Group Limited, Corporate Parent Haitong Securities Co., Ltd. for Haitong International Securities Company Limited. Document filed by Haitong International Securities Company Limited..(Januszewski, David) (Entered: 03/09/2021) |
| 03/25/2021 | 248 | LETTER MOTION for Extension of Time to File Response/Reply *(Underwriter Defendants' Reply Brief)* addressed to Judge John P. Cronan from David G. Januszewski dated March 25, 2021. Document filed by China International Capital Corporation Hong Kong Securities Limited, Credit Suisse Securities (USA) LLC, Haitong International Securities Company Limited, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Januszewski, David) (Entered: 03/25/2021) |
| 03/26/2021 | 249 | LETTER MOTION for Extension of Time to File *Defendant Luckin Coffee, Inc.'s Reply Brief in Support of its Motion to Dismiss the Consolidated Amended Complaint* addressed to Judge John P. Cronan from Lawrence Portnoy dated March 26, 2021. Document filed by Luckin Coffee Inc.. (Attachments: # 1 Exhibit A−Excerpt of Bankruptcy Hearing Transcript).(Portnoy, Lawrence) (Entered: 03/26/2021) |
| 03/26/2021 | 250 | ORDER granting 248 Letter Motion for Extension of Time to File Response/Reply re 248 LETTER MOTION for Extension of Time to File Response/Reply *(Underwriter Defendants' Reply Brief)* addressed to Judge John P. Cronan from David G. Januszewski dated March 25, 2021. The Underwriter Defendants' request is granted. The Underwriter Defendants shall have until April 6, 2021 to submit their reply brief. SO ORDERED. Replies due by 4/6/2021.. (Signed by Judge John P. Cronan on 3/26/2021) (jca) (Entered: 03/26/2021) |
| 03/26/2021 | 251 | ORDER granting 249 LETTER MOTION for Extension of Time to File Defendant Luckin Coffee, Inc.'s Reply Brief in Support of its Motion to Dismiss the Consolidated Amended Complaint. Luckin's request is granted. Luckin shall have until April 6, 2021 to submit its reply brief. SO ORDERED. (Signed by Judge John P. Cronan on 3/26/2021) (jca) (Entered: 03/26/2021) |
| 03/26/2021 | | Set/Reset Deadlines: Replies due by 4/6/2021. (jca) (Entered: 03/26/2021) |
| 03/31/2021 | 252 | SUGGESTION OF BANKRUPTCY upon the record as to Luckin Coffee Inc. *Notice of Imposition of Automatic Stay of Bankruptcy for Luckin Coffee Inc*. Document filed by Luckin Coffee Inc. (Attachments: # 1 Exhibit A − Recognition Order).(Portnoy, Lawrence) (Entered: 03/31/2021) |
| 04/06/2021 | 253 | REPLY MEMORANDUM OF LAW in Support re: 204 MOTION to Dismiss *the Consolidated Class Action Complaint*. . Document filed by China International Capital Corporation Hong Kong Securities Limited, Credit Suisse Securities (USA) LLC, Haitong International Securities Company Limited, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Januszewski, David) (Entered: 04/06/2021) |
| 04/06/2021 | 254 | DECLARATION of Sheila C. Ramesh in Support re: 204 MOTION to Dismiss *the Consolidated Class Action Complaint*.. Document filed by China International Capital Corporation Hong Kong Securities Limited, Credit Suisse Securities (USA) LLC, Haitong International Securities Company Limited, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC. (Attachments: # 1 Exhibit 1 − publicly available trading data − Luckin American Depository Shares, # 2 Exhibit 2 − summary of data contained in Exhibit 1).(Januszewski, David) (Entered: 04/06/2021) |
| 04/16/2021 | 255 | LETTER MOTION for Leave to File Sur−reply addressed to Judge John P. Cronan from Salvatore J. Graziano dated April 16, 2021. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Sur−reply to Brief).(Graziano, Salvatore) (Entered: 04/16/2021) |
| 05/05/2021 | 256 | MEMORANDUM OF LAW in Opposition re: 224 MOTION to Dismiss *with Prejudice the Consolidated Class Action Complaint*. . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Graziano, Salvatore) (Entered: |

| | | |
|---|---|---|
| | | 05/05/2021) |
| 05/14/2021 | 257 | LETTER addressed to Judge John P. Cronan from Salvatore J. Graziano dated May 14, 2021 re: Stipulation and [Proposed] Order Regarding Dissemination of Class Notice. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Graziano, Salvatore) (Entered: 05/14/2021) |
| 05/14/2021 | 258 | PROPOSED STIPULATION AND ORDER. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Exhibit A − Notice, # 2 Exhibit B − Summary Notice).(Graziano, Salvatore) (Entered: 05/14/2021) |
| 05/17/2021 | 259 | LETTER addressed to Judge John P. Cronan from Richard A. Bodnar dated May 17, 2021 re: Objection to the Stipulation and [Proposed] Order Regarding Dissemination of Class Notice and forthcoming motion to intervene. Document filed by Winslow Funds..(Bodnar, Richard) (Entered: 05/17/2021) |
| 05/17/2021 | 260 | LETTER addressed to Judge John P. Cronan from Salvatore J. Graziano dated May 17, 2021 re: Response to Letter from Winslow Funds (ECF No. 259). Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Graziano, Salvatore) (Entered: 05/17/2021) |
| 05/18/2021 | 261 | NOTICE OF APPEARANCE by Frank Thomas More Catalina on behalf of Winslow Funds..(Catalina, Frank) (Entered: 05/18/2021) |
| 05/18/2021 | 262 | MOTION to Intervene . Document filed by Winslow Funds..(Catalina, Frank) (Entered: 05/18/2021) |
| 05/18/2021 | 263 | DECLARATION of Frank T.M. Catalina in Support re: 262 MOTION to Intervene .. Document filed by Winslow Funds. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Catalina, Frank) (Entered: 05/18/2021) |
| 05/18/2021 | 264 | DECLARATION of Richard A. Bodnar in Support re: 262 MOTION to Intervene .. Document filed by Winslow Funds. (Attachments: # 1 Exhibit 1).(Catalina, Frank) (Entered: 05/18/2021) |
| 05/18/2021 | 265 | MEMORANDUM OF LAW in Support re: 262 MOTION to Intervene . . Document filed by Winslow Funds..(Catalina, Frank) (Entered: 05/18/2021) |
| 05/18/2021 | 266 | PROPOSED ORDER. Document filed by Winslow Funds. Related Document Number: 262 ..(Catalina, Frank) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/18/2021) |
| 05/18/2021 | 267 | LETTER addressed to Judge John P. Cronan from Frank T.M. Catalina dated May 18, 2021 re: requesting oral argument on motion to intervene. Document filed by Winslow Funds..(Catalina, Frank) (Entered: 05/18/2021) |
| 05/18/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 266 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 05/18/2021) |
| 05/19/2021 | 268 | ORDER: On May 18, 2021, the Winslow Funds filed a motion to intervene in this action, Dkt. 262, which was preceded by a letter filed by the Winslow Funds the day prior, Dkt. 259. Any party that opposes the motion should submit a letter, not to exceed five pages, outlining their views by May 25, 2021. The Court will hold a teleconference to discuss the motion on May 28, 2021 at 2:00 p.m. and, if appropriate, set a briefing schedule. At the scheduled time, counsel for all parties should call (866) 434−5269, access code 9176261. SO ORDERED. (Telephone Conference set for 5/28/2021 at 02:00 PM before Judge John P. Cronan.) (Signed by Judge John P. Cronan on 5/19/2021) (rjm) (Entered: 05/19/2021) |
| 05/20/2021 | 269 | LETTER addressed to Judge John P. Cronan from Samuel H. Rudman, Michael C. Dell'Angelo, Edward F. Harber dated May 20, 2021 re: Request for Pre−Motion Conference for Proposed Motion to Intervene. Document filed by Michael Bergenholtz, Teamsters Local 710 Pension Fund, City of Fort Myers' Police Officers' Retirement System, Kimson Chemical, Inc...(Rudman, Samuel) (Entered: 05/20/2021) |

| | | |
|---|---|---|
| 05/20/2021 | 270 | NOTICE OF APPEARANCE by Sigmund Samuel Wissner−Gross on behalf of Kingstown Capital Management, L.P., Kingstown Partners Master Ltd., Kingstown Partners II L.P., Ktown LP, Kingfishers, LP, Kingstown 1740 Fund LP..(Wissner−Gross, Sigmund) (Entered: 05/20/2021) |
| 05/20/2021 | 271 | LETTER addressed to Judge John P. Cronan from Sigmund S. Wissner−Gross dated May 20, 2021 re: supports the pending motion to intervene filed by the Winslow Funds (and relief sought by Winslow Funds). Document filed by Kingfishers, LP, Kingstown 1740 Fund LP, Kingstown Capital Management, L.P., Kingstown Partners II L.P., Kingstown Partners Master Ltd., Ktown LP. (Attachments: # 1 Exhibit A (Notice of Motion), # 2 Exhibit B (Joinder to Winslow's Intervention Motion), # 3 Exhibit C (Proposed Order)).(Wissner−Gross, Sigmund) (Entered: 05/20/2021) |
| 05/23/2021 | 272 | LETTER addressed to Judge John P. Cronan from August Bequai,a non−party dated 5/23/21 re: I am an investor in Luckin Coffee Inc, and address the Court pro se. I sustained damages as a result of my investment in Luckin and filed a lawsuit in the General District Court in Fairfax County, Virginia claiming $25,000 under violation of Virginia State Securities Law etc. I support the pending motion to intervene filed by the Winslow Funds(and relief sought by Winslow, Dkt No.265 and, if pre−motion leave is required, I seek to fil my own motion to intervene, etc. (sc) (Entered: 05/24/2021) |
| 05/25/2021 | 273 | LETTER addressed to Judge John P. Cronan from Lawrence Portnoy dated May 25, 2021 re: Opposing the Winslow Funds' Motion to Intervene. Document filed by Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 05/25/2021) |
| 05/25/2021 | 274 | LETTER addressed to Judge John P. Cronan from Salvatore J. Graziano and Sharan Nirmul dated May 25, 2021 re: Response to Letter from Winslow Funds (ECF No. 267). Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Graziano, Salvatore) (Entered: 05/25/2021) |
| 05/25/2021 | 275 | LETTER addressed to Judge John P. Cronan from Salvatore J. Graziano and Sharan Nirmul dated May 25, 2021 re: Response to State Plaintiffs request for pre−motion conference (ECF No. 269). Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Graziano, Salvatore) (Entered: 05/25/2021) |
| 05/25/2021 | 276 | LETTER addressed to Judge John P. Cronan from R. Craig Martin dated May 25, 2021 re: Pursuant to this Court's Order dated May 19, 2021 (ECF No. 268) related to a group of investment funds' motion to intervene (ECF No. 262). Document filed by Alexander Lawson, Wing Sze Tiffany Wong..(Martin, Robert) (Entered: 05/25/2021) |
| 05/25/2021 | 277 | NOTICE OF APPEARANCE by Angus Ni on behalf of Lai Ye..(Ni, Angus) (Entered: 05/25/2021) |
| 05/25/2021 | 278 | LETTER MOTION for Conference *in Support of and Joining Winslow, Kingstown, and Mr. Bequai's motions to intervene and request to participate on the May 28, 2021 Teleconference* addressed to Judge John P. Cronan from Angus F. Ni dated May 25, 2021. Document filed by Lai Ye..(Ni, Angus) (Entered: 05/25/2021) |
| 05/26/2021 | 279 | MOTION for Brian E. Cochran to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24594367. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Michael Bergenholtz, City of Fort Myers' Police Officers' Retirement System, Kimson Chemical, Inc., Teamsters Local 710 Pension Fund. (Attachments: # 1 Declaration of Brian E. Cochran, # 2 Exhibit A − Certificates of Good Standing, # 3 Proposed Order).(Cochran, Brian) (Entered: 05/26/2021) |
| 05/26/2021 | 280 | LETTER addressed to Judge John P. Cronan from Frank T.M. Catalina dated May 26, 2021 re: May 28, 2021 conference. Document filed by Winslow Funds..(Catalina, Frank) (Entered: 05/26/2021) |
| 05/27/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 279 MOTION for Brian E. Cochran to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24594367. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 05/27/2021) |

| | | |
|---|---|---|
| 05/27/2021 | 281 | ORDER granting 279 Motion for Brian E. Cochran to Appear Pro Hac Vice (HEREBY ORDERED by Judge John P. Cronan)(Text Only Order) (mhe) (Entered: 05/27/2021) |
| 05/27/2021 | 282 | ORDER: On May 19, 2021, the Court scheduled a conference for May 28, 2021 to discuss the Winslow Funds' motion to intervene in this action. Dkt. 268. The Court also intends to address the letters from the State Class Plaintiffs, Dkt. 269, the Kingstown entities, Dkt. 270, August Bequai, Dkt. 272, and Lai Ye, Dkt. 278, during that conference, and will permit those entities and individuals to appear at the conference. SO ORDERED. (Signed by Judge John P. Cronan on 5/27/2021) (rj) (Entered: 05/28/2021) |
| 05/28/2021 | | Minute Entry for proceedings held before Judge John P. Cronan: Telephone Conference held on May 28, 2021. Any additional motions to intervene or memoranda of law in support of intervention shall be filed by June 7, 2021. Any oppositions shall be filed by June 14, 2021. (Court reporter Sadie Herbert). (mhe) (Entered: 06/02/2021) |
| 06/04/2021 | 283 | REPLY MEMORANDUM OF LAW in Support re: 224 MOTION to Dismiss *with Prejudice the Consolidated Class Action Complaint*. . Document filed by Thomas P. Meier..(Mendro, Jason) (Entered: 06/04/2021) |
| 06/07/2021 | 284 | MOTION to Intervene . Document filed by Michael Bergenholtz, City of Fort Myers' Police Officers' Retirement System, Kimson Chemical, Inc., Teamsters Local 710 Pension Fund..(Cochran, Brian) (Entered: 06/07/2021) |
| 06/07/2021 | 285 | MEMORANDUM OF LAW in Support re: 284 MOTION to Intervene . . Document filed by Michael Bergenholtz, City of Fort Myers' Police Officers' Retirement System, Kimson Chemical, Inc., Teamsters Local 710 Pension Fund. (Attachments: # 1 Appendix of Unpublished Opinions Memorandum of Law in Support of Their Motion to Intervene, # 2 Proposed Intervenors State Class Plaintiffs Opposition to Stipulation and [Proposed] Order Regarding Dissemination of Class Notice, # 3 Appendix of Unpublished Opinions Proposed Intervenors State Class Plaintiffs Opposition).(Cochran, Brian) (Entered: 06/07/2021) |
| 06/07/2021 | 286 | DECLARATION of Brian Cochran in Support re: 284 MOTION to Intervene .. Document filed by Michael Bergenholtz, City of Fort Myers' Police Officers' Retirement System, Kimson Chemical, Inc., Teamsters Local 710 Pension Fund. (Attachments: # 1 Exhibit A − State Class Plaintiffs proposed revisions to the proposed Notice of Pendency of Class Action (ECF No. 258−1), # 2 Exhibit B − Joint Stipulation and Order Consolidating Related Actions and Appointing Co−Lead Counsel, # 3 Exhibit C − Consolidated Complaint, # 4 Exhibit D − Proposed Revised Order Recognizing Cayman Proceeding as a Foreign Main Proceeding and Granting Relief in Aid Thereof, # 5 Exhibit E − Reservation of Rights of Lead Plaintiffs with Respect to Foreign Representatives Motion for Chapter 15 Recognition and Final Relief, # 6 Exhibit F − Hearing Transcript).(Cochran, Brian) (Entered: 06/07/2021) |
| 06/07/2021 | 287 | PROPOSED ORDER. Document filed by Michael Bergenholtz, City of Fort Myers' Police Officers' Retirement System, Kimson Chemical, Inc., Teamsters Local 710 Pension Fund. Related Document Number: 284 ..(Cochran, Brian) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/07/2021) |
| 06/07/2021 | 288 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 262 MOTION to Intervene . . Document filed by Winslow Funds..(Catalina, Frank) (Entered: 06/07/2021) |
| 06/07/2021 | 289 | DECLARATION of Frank T.M. Catalina in Support re: 262 MOTION to Intervene .. Document filed by Winslow Funds. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Catalina, Frank) (Entered: 06/07/2021) |
| 06/07/2021 | 290 | DECLARATION of Gary Anthony Smith in Support re: 262 MOTION to Intervene .. Document filed by Winslow Funds. (Attachments: # 1 Exhibit GS1, # 2 Exhibit GS2, # 3 Exhibit GS3).(Catalina, Frank) (Entered: 06/07/2021) |
| 06/07/2021 | 291 | MEMORANDUM OF LAW in Support re: 278 LETTER MOTION for Conference *in Support of and Joining Winslow, Kingstown, and Mr. Bequai's motions to intervene and request to participate on the May 28, 2021 Teleconference* addressed to Judge John P. Cronan from Angus F. Ni dated May *25, 2021*. Document filed by Lai Ye..(Ni, Angus) (Entered: 06/07/2021) |

| | | |
|---|---|---|
| 06/07/2021 | 292 | DECLARATION of Angus F. Ni in Support re: 278 LETTER MOTION for Conference *in Support of and Joining Winslow, Kingstown, and Mr. Bequai's motions to intervene and request to participate on the May 28, 2021 Teleconference* addressed to Judge John P. Cronan from Angus F. Ni dated May. Document filed by Lai Ye. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Ni, Angus) (Entered: 06/07/2021) |
| 06/07/2021 | 293 | LETTER addressed to Judge John P. Cronan from Sigmund S. Wissner−Gross dated June 7, 2021 re: Kingstown joins in the arguments advanced by Winslow Funds (ECF No. 288). Document filed by Kingfishers, LP, Kingstown 1740 Fund LP, Kingstown Capital Management, L.P., Kingstown Partners II L.P., Kingstown Partners Master Ltd., Ktown LP..(Wissner−Gross, Sigmund) (Entered: 06/07/2021) |
| 06/08/2021 | 294 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 262 MOTION to Intervene . *(Corrected)*. Document filed by Winslow Funds..(Catalina, Frank) (Entered: 06/08/2021) |
| 06/09/2021 | 295 | LETTER MOTION for Leave to File Excess Pages *and File an Omnibus Response to Motions to Intervene* addressed to Judge John P. Cronan from Sharan Nirmul dated June 9, 2021. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Nirmul, Sharan) (Entered: 06/09/2021) |
| 06/10/2021 | 296 | ORDER granting 295 Letter Motion for Leave to File Excess Pages. Lead Plaintiffs' request is granted. Lead Plaintiffs may file a single memorandum of law of up to 45 pages in opposition to the various motions, supplemental memoranda of law, and letters filed in this matter.. (Signed by Judge John P. Cronan on 6/9/2021) (nb) (Entered: 06/10/2021) |
| 06/14/2021 | 297 | MEMORANDUM OF LAW in Opposition re: 284 MOTION to Intervene ., 278 LETTER MOTION for Conference *in Support of and Joining Winslow, Kingstown, and Mr. Bequai's motions to intervene and request to participate on the May 28, 2021 Teleconference* addressed to Judge John P. Cronan from Angus F. Ni dated May, 262 MOTION to Intervene . *Additionally in Opposition to ECF Numbers 271 and 272*. Document filed by Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 06/14/2021) |
| 06/14/2021 | 298 | LETTER addressed to Judge John P. Cronan from R. Craig Martin dated June 14, 2021 re: Opposition to Motion to Intervene. Document filed by Alexander Lawson, Wing Sze Tiffany Wong..(Martin, Robert) (Entered: 06/14/2021) |
| 06/14/2021 | 299 | MEMORANDUM OF LAW in Opposition re: 284 MOTION to Intervene ., 262 MOTION to Intervene . . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden..(Graziano, Salvatore) (Entered: 06/14/2021) |
| 06/14/2021 | 300 | DECLARATION of Salvatore Graziano in Opposition re: 284 MOTION to Intervene ., 262 MOTION to Intervene .. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP−Fonden. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Graziano, Salvatore) (Entered: 06/14/2021) |
| 07/05/2021 | 301 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/28/2021 before Judge John P. Cronan. Court Reporter/Transcriber: Sadie Herbert, (212) 805−0310. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/26/2021. Redacted Transcript Deadline set for 8/5/2021. Release of Transcript Restriction set for 10/4/2021.Filed In Associated Cases: 1:20−cv−01293−JPC, 1:20−cv−02977−JPC.(McGuirk, Kelly) (Entered: 07/05/2021) |
| 07/05/2021 | 302 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/28/21 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:20−cv−01293−JPC, 1:20−cv−02977−JPC.(McGuirk, Kelly) (Entered: 07/05/2021) |
| 07/06/2021 | 303 | ORDER denying 262 Motion to Intervene; denying 278 Letter Motion for Conference re: 262 MOTION to Intervene ., 278 LETTER MOTION for Conference *in Support of* |

| | | |
|---|---|---|
| | | *and Joining Winslow, Kingstown, and Mr. Bequai's motions to intervene and request to participate on the May 28, 2021 Teleconference* addressed to Judge John P. Cronan from Angus F. Ni dated May, 284 MOTION to Intervene . ; denying 284 Motion to Intervene. For the reasons stated above, the Court denies the motions to intervene and enters the Stipulation and Proposed Order. The Clerk of the Court is respectfully directed to terminate the motions pending at Docket Numbers 262, 278, and 284.. (Signed by Judge John P. Cronan on 7/6/2021) (nb) (Entered: 07/06/2021) |
| 07/06/2021 | 304 | STIPULATION AND ORDER REGARDING DISSEMINATION OF CLASS NOTICE: IT IS HEREBY STIPULATED AND AGREED by Lead Plaintiffs and Luckin, through their undersigned counsel, that, subject to the Court's approval: 1. The proposed procedures for giving notice to the Class as set forth in this Stipulation and [Proposed] Order comply with the requirements of due process and with Rule 23 of the Federal Rules of Civil Procedure and constitute the best notice practicable under the circumstances. 2. The firm of Epiq Class Action & Claims Solutions, Inc. (Notice Administrator) is appointed and authorized to supervise and administer the notice procedure. (As further set forth herein.) (Signed by Judge John P. Cronan on 7/6/2021) (nb) (Entered: 07/06/2021) |
| 07/07/2021 | 305 | NOTICE OF APPEAL from 304 Stipulation and Order,, 303 Order on Motion to Intervene, Order on Motion for Conference,,,,,,,,,. Document filed by Winslow Funds. Filing fee $ 505.00, receipt number ANYSDC−24763983. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Catalina, Frank) (Entered: 07/07/2021) |
| 07/07/2021 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 305 Notice of Appeal. (tp) (Entered: 07/07/2021) |
| 07/07/2021 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 305 Notice of Appeal, filed by Winslow Funds were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/07/2021) |